# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NGUYEN, an individual; and<br>LAURA NGUYEN, an individual,<br>　　　　　　　　　　　　　　　PLAINTIFF(S)<br>　　　　　　v.<br>Chase Bank USA, N.A.; Chase Home Finance, LLC;<br>First American Loanstar Trustee Services; Fidelity<br>National Title Company; and DOES 1 through 50,<br>inclusive,<br>　　　　　　　　　　　　　　　DEFENDANT(S). | CASE NUMBER<br><br>**CV09-4589 CBM(AJWX)**<br><br>SUMMONS |

**FOR OFFICE USE ONLY**

TO: DEFENDANT(S): _____

　　A lawsuit has been filed against you.

　　Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Paul Nguyen & Laura Nguyen_, whose address is _16141 Quartz Street, Westminster, CA 92683_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. District Court

Dated: __JUN 2 5 2009__　　　　　　　　　　By: __DODJIE GARGANTOS__　　(SEAL)
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

　　　　　　　　　　　　　　　　　　　　　　　　(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*