O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4589 AHM (AJWx) | Date | June 30, 2009 |
|---|---|---|---|
| Title | PAUL NGUYEN, et al. v. CHASE BANK USA, N.A., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On June 29, 2009, *pro se* plaintiffs Paul Nguyen and Laura Nguyen filed an *Ex Parte* Application for a Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction, seeking to stop a foreclosure sale scheduled for either July 12, 2009 (a Sunday) or July 14, 2009 (the Application is inconsistent as to the actual date). Plaintiff Paul Nguyen states in his declaration that on an unspecified date he contacted Defendant Chase Bank at a toll free number, and informed a "Mr. Frank" that he would file an Ex Parte Application for a Temporary Restraining Order. He also informed "Mr. Frank" that the action he filed on June 25, 2009 was assigned to District Judge Consuelo B. Marshall. P. Nguyen Decl. ¶¶ 17-18.

Federal Rule of Civil Procedure 65(b)(1) states that:

(1) Issuing Without Notice. The court may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if:

> (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and

> (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

The "notice" given by Plaintiffs to Defendant Chase Bank is not sufficient to put Defendants on notice of Plaintiffs' application, or to justify a temporary restraining order entered without giving Defendants an opportunity to respond. Plaintiff should at the very

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4589 AHM (AJWx) | Date | June 30, 2009 |
|---|---|---|---|
| Title | PAUL NGUYEN, et al. v. CHASE BANK USA, N.A., et al. | | |

least attempt to contact Defendants' registered agents for service of process, or contact their legal departments. Furthermore, Plaintiffs have not shown that immediate and irreparable injury will result before the adverse parties can be heard in opposition, as the foreclosure sale is not scheduled to occur until July 12, 2009 at the earliest.

     Plaintiffs are therefore ORDERED to file declarations establishing that they diligently attempted to inform Defendants of the pending Application and that this action has been assigned to this Court. The declaration should also state whether defendants intend to file an opposition to the Application. The declarations must be filed not later than **July 7, 2009**.

                                                                                                 :

Initials of Preparer                       SMO