O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4589 AHM (AJWx) | Date | July 8, 2009 |
|---|---|---|---|
| Title | PAUL NGUYEN, et al. v. CHASE BANK USA, N.A., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:    Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

On June 29, 2009, *pro se* plaintiffs Paul Nguyen and Laura Nguyen filed an *Ex Parte* Application for a Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction, seeking to stop a home foreclosure sale scheduled for either July 12, 2009 (a Sunday) or July 14, 2009 (the Application is inconsistent as to the actual date). The Application seeks to enjoin Defendants Chase Bank USA; Chase Home Finance, LLC; First American Loanstar Trustee Services, and all of the defendants' agents. In light of Plaintiffs' failure to meet the requirements of Federal Rule of Civil Procedure 65(b)(1), the Court Ordered Plaintiffs to file declarations establishing that they directly attempted to inform Defendants of the pending Application, and stating whether Defendants intended to file oppositions to the Application.

On July 6, 2009, Plaintiff Paul Nguyen filed a declaration stating that he had personally served the Application, the Initial Order Following Filing of Complaint Assigned to Judge Matz, and the Order Returning Case for Reassignment,[1] on the designated agent for service of process for Chase Bank USA. The declaration says nothing about whether Nguyen served the Application on the other defendants whom Plaintiffs seek to enjoin. On July 6, 2009, Plaintiffs also filed proofs of service of the summons and Complaint on all of the defendants. According to the proofs of service, all defendants were served on June 29, 2009. As of today, no defendant has filed an opposition to the Application or otherwise entered an appearance in this Court.

Federal Rule of Civil Procedure 65(b)(1) states that a court may issue a temporary

---

[1] This case was originally assigned to the Hon. Consuelo B. Marshall.

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4589 AHM (AJWx) | Date | July 8, 2009 |
|---|---|---|---|
| Title | PAUL NGUYEN, et al. v. CHASE BANK USA, N.A., et al. | | |

restraining order without written or oral notice to the adverse party or its attorney only if "the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required." Plaintiffs have not stated any reason why they failed to give notice of their Application for a Temporary Restraining Order ("TRO") to any defendant other than Chase Bank USA. The Court will therefore not enter a TRO without notice as to those defendants until a sufficient reason is provided or Plaintiffs file proofs of service.

As to Chase Bank USA, Plaintiffs have established that they did give notice. Chase Bank USA has nonetheless failed to file any opposition to the application. "The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." Local Rule 7-12. Moreover, on its face the Application raises a serious question as to whether Chase Bank USA wrongfully declined to accept Plaintiffs' rescission of their home loan. Plaintiffs have also shown a likelihood of irreparable injury and that the balance of hardships tips sharply in their favor, as their home will soon be foreclosed upon in the absence of a TRO.

The Court therefore GRANTS Plaintiffs' Application for a Temporary Restraining Order,[2] but only as to Chase Bank USA. Chase Bank USA is enjoined from proceeding with the foreclosure and sale of the residence located at 16141 Quartz Street Westminster, California, including providing any information or assistance to the other defendants. Unless renewed by the Court, this TRO will automatically dissolve the day after the preliminary injunction hearing.

It is further ORDERED that a hearing for preliminary injunction is set for **July 30, 2009** at 10:00 A.M. The Court will construe Plaintiffs' Application as its opening brief on a motion for preliminary injunction. Any Defendant wishing to file an opposition brief shall do so no later than July 17, 2009. Plaintiffs must file their reply no later than July 24, 2009.

//
//

---

[2] Docket No. 5.

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4589 AHM (AJWx) | Date | July 8, 2009 |
|---|---|---|---|
| Title | PAUL NGUYEN, et al. v. CHASE BANK USA, N.A., et al. | | |

//

   Plaintiffs are also ORDERED to serve this Order on *all* Defendants, including the defendants recently added to Plaintiffs' Complaint, by not later than July 10, 2009.

   Plaintiffs shall provide their e-mail address[es] to the Court, via a filing, by July 10, 2009.

|  | : |  |
|---|---|---|
| Initials of Preparer | | SMO |