O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4589 AHM (AJWx) | Date | July 9, 2009 |
|---|---|---|---|
| Title | PAUL NGUYEN, et al. v. CHASE BANK USA, N.A., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:       Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

   Pursuant to Federal Rule of Civil Procedure 65(d)(2), the Temporary Restraining Order ("TRO") issued on July 8, 2009 binds not only Chase Bank USA, but those "who receive actual notice of [the TRO] by personal service or otherwise" and "who are in active concert or participation with" Chase Bank USA, its officers, agents, servants, employees, and attorneys.

                                                                       :
                                        Initials of Preparer         SMO