O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4589 AHM (AJWx) | Date | July 14, 2009 |
|---|---|---|---|
| Title | PAUL NGUYEN, et al. v. CHASE BANK USA, N.A., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The hearing for a preliminary injunction currently on the calendar for July 30, 2009 is recalendared for August 3, 2009 at 10:00 A.M. Unless renewed by the Court, the Temporary Restraining Order currently in effect will automatically dissolve the day after the preliminary injunction hearing. All other dates are unaffected.

| | : | |
|---|---|---|
| | Initials of Preparer | SMO |