PAUL NGUYEN
16141 QUARTZ STREET
WESTMINSTER, CA 92683
TELEPHONE: (714) 360-7602
EMAIL: MNAPAUL1@GMAIL.COM

Plaintiffs in Pro Persona

FILED
2009 AUG 10 PM 1:02
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NGUYEN, an individual; and LAURA NGUYEN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Chase Bank USA, N.A. et.al.<br><br>Defendants. | Case No. CV09-4589 AHM (AJWx)<br><br>**NOTICE OF PROPERTY VALUE OBTAINED FROM CHASE BANK WEB SITE FOR PROPERTY 16141 QUARTZ STREET, WESTMINSTER, CA 92683 PURSUANT TO COURT ORDER ON AUGUST 3, 2009**<br><br>JUDGE: HON. A. HOWARD MATZ<br><br>Action Filed: June 25, 2009 |

TO: THE CLERK OF THE ABOVEENTITLED COURT:

Pursuant to this Court order dated August 3, 2009, attached is the copy of value of the property located 16141 Quartz Street, Westminster, CA 92683, which valued at approximately $515,000.00. Such information is obtained and printed from Chase web site located

https://mortgage.chase.com/pages/other/home_value_estimator.jsp

---

NOTICE OF PROPERTY VALUE OBTAINED FROM CHASE BANK WEB SITE FOR PROPERTY 16141 QUARTZ STREET, WESTMINSTER, CA 92683 PURSUANT TO COURT ORDER ON AUGUST 3, 2009

DATED: August 6, 2009                            Respectfully Submitted;

_____
Paul Nguyen, Plaintiff

PAUL NGUYEN
16141 QUARTZ STREET
WESTMINSTER, CA 92683
(714) 360-7602

# Exhibit A

8/3/2009                Chase Mortgage: Find Home Valu...

    Mortgage   Home Equity   About Chase Home Value Estimator   

Apply or talk to a loan officer: 1-800-873-6577

## Chase Mortgage

**Chase Home Value Estimator** — Get a free estimated market value of your home or a home you are interested in. We'll calculate our best estimated home valuation using the millions of home records in our database. Just enter the property address then click "Get Value!" Or, you can press "Enter" or "Return" on your keyboard.

**Enter Address Street City, State OR Zip**
16141 QUARTZ ST, WESTMINSTER CA 92683-7752
( 1234 Main Street, Anaheim CA )

Get Value!      Printer Friendly Version

**$515,000 Estimated Value**



| Address | Price | Bed | Bath | Living Sq. Ft. | Type* | Built | Sold | Total SqFt |
|---|---|---|---|---|---|---|---|---|
| **My Home** | | | | | | | | |
| 16141 QUARTZ ST | | 4 | 2 | 1,702 | SFR | 1976 | -- | -- |
| **Homes Recently Sold** | | | | | | | | |
| 1   16450 ROSS CIR | $520,000 | 5 | 3 | 1,684 | SFR | 1960 | Apr-2009 | -- |

...chase.com/.../home_value_esti...

8/3/2009                                  Chase Mortgage: Find Home Valu...

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 9209 CROCUS AVE | $580,000 | 4 | 3.5 | 1,936 | SFR | 1972 | Mar-2009 | -- |
| 3 | 9056 BITTEROOT CIR | $601,000 | 4 | 2 | 1,572 | SFR | 1970 | Feb-2009 | -- |
| 4 | 8852 DE VILLE CIR | $480,000 | 4 | 1 | 1,728 | SFR | 1962 | Feb-2009 | -- |
| 5 | 9166 BUTTERCUP AVE | $618,000 | 4 | 2 | 1,537 | SFR | 1968 | Nov-2008 | -- |

* SF\SFR=Single Family; MF=Multi-family; CO=Condo Unit; MA=Manufactured

**DISCLAIMER: THE DATA AND VALUATIONS ARE PROVIDED AS IS WITHOUT WARRANTY OR GUARANTEE OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. THE EXISTENCE OF THE SUBJECT PROPERTY AND THE ACCURACY OF THE VALUATIONS ARE ESTIMATED BASED ON AVAILABLE DATA AND DO NOT CONSTITUTE AN APPRAISAL OF THE SUBJECT PROPERTY AND SHOULD NOT BE RELIED UPON IN LIEU OF UNDERWRITING OR AN APPRAISAL.**

© 2009. All rights reserved.                    Additional Disclaimer | Bing Maps Terms of Use | Terms and Conditions | Microsoft Privacy

 The tool on this page is provided by a third-party site. Please note that the third party's privacy policy and security practices may differ from Chase's standards. Chase assumes no responsibility for nor does it control, endorse or guarantee any aspect of your use of this tool.

Chase.com | JPMorganChase.com | Site Map                    Privacy Policy | Security | Accessibility | About Us | Terms of Use

                                                                                   EQUAL HOUSING LENDER

© 2007-2009 JPMorgan Chase & Co.

Find Home Values, Chase Home Value Estimator

8/3/2009          Untitled Document

**ADDRESS: 16141 QUARTZ ST, WESTMINSTER CA 92683-7752**      **$515,000 Estimated Value**



**Property Value**

**Adjusted Property Value:**

| | |
|---|---|
| No. Bedrooms: | 4 |
| No. Bathrooms: | 2 |
| Total Rooms: | 8 |
| Square Footage: | 1702 |
| Year Built: | 1976 |
| Adjusted Value: | $515,000 |

**Home Improvements:**

Expand Existing Room (200 sqft)

Cost (Based on $100/sqft) = $20,000
Value (Based on $200/sqft) = $60,000

Net Value Created is $40,000

**Market Trends**

**Median Sales Price For 92683**
From 08/2008 To 08/2009



Legend — Median Sale Price

| Address | Price | Bed | Bath | Living Sq. Ft. | Type* | Built | Sold | Total Sqft |
|---|---|---|---|---|---|---|---|---|
| **My Home** | | | | | | | | |
| 16141 QUARTZ ST | | 4 | 2 | 1,702 | SFR | 1976 | -- | -- |
| **Homes Recently Sold** | | | | | | | | |
| 1  16450 ROSS CIR | $520,000 | 5 | 3 | 1,684 | SFR | 1960 | Apr-2009 | -- |
| 2  9209 CROCUS AVE | $580,000 | 4 | 3.5 | 1,936 | SFR | 1972 | Mar-2009 | -- |
| 3  9056 BITTEROOT CIR | $601,000 | 4 | 2 | 1,572 | SFR | 1970 | Feb-2009 | -- |
| 4  8852 DE VILLE CIR | $480,000 | 4 | 1 | 1,728 | SFR | 1962 | Feb-2009 | -- |
| 5  9166 BUTTERCUP AVE | $618,000 | 4 | 2 | 1,537 | SFR | 1968 | Nov-2008 | -- |

* SF\SFR=Single Family; MF=Multi-family; CO=Condo Unit; MA=Manufactured

DISCLAIMER: THE DATA AND VALUATIONS ARE PROVIDED AS IS WITHOUT WARRANTY OR GUARANTEE OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. THE EXISTENCE OF THE SUBJECT PROPERTY AND THE ACCURACY OF THE VALUATIONS ARE ESTIMATED BASED ON AVAILABLE DATA AND DO NOT CONSTITUTE AN APPRAISAL OF THE SUBJECT PROPERTY AND SHOULD NOT BE RELIED UPON IN LIEU OF UNDERWRITING OR AN APPRAISAL.

© 2009. All rights reserved.

8/3/2009          About Chase Home Value Estimator

**CHASE**   Mortgage   Home Equity   About Chase Home Value Estimator   

**Chase Mortgage**

Home > Chase Home Value Estimator > About Chase Home Value Estimator

# About Chase Home Value Estimator          Get Value!

## What is the Chase Home Value Estimator?

The **Chase Home Value Estimator** is a quick, easy, free way to get an estimated market value of the home you currently own or a home you are thinking about buying.

The home value estimate is computed using a variety of data sources - millions of property records, ownership deeds, recent home sales reports, and mortgage records. In addition, details about each home are fed into the database - home characteristics, geography, and sales activity in the area over a specified period of time. This vast amount of data helps us to estimate the value of a home. And, because this data is refreshed on an ongoing basis, you can be confident the values are up-to-date and reliable.

### It's not an appraisal, but it's a great place to start!

It's important to understand that while the Chase Home Value Estimator cannot give you an actual *appraisal*, it can certainly help you determine a home's value. It can be extremely helpful when talking with real estate professionals - and you can absolutely refer to it when talking to Chase about buying or refinancing a home, or about utilizing the equity you have in your home through a home equity line or loan.

### How can this help me?

Knowledge is power - and the **Chase Home Value Estimator** gives you the valuable knowledge you need to get started if you are thinking about buying a home, refinancing your home, or using your home's equity.

You'll have an estimate of fair market value, a starting point you can use in negotiating and determining market trends, and really, as a valuable tool when you sit down and start to think about your home financing needs and plans.

Chase.com | JPMorganChase.com | Site Map          Privacy Policy | Security | Accessibility | About Us | Careers | Terms of Use | Legal Agreements

EQUAL HOUSING LENDER

This site is directed at, and made available to, persons in the United States. This site is directed at, and made available to, persons in the United States. All mortgage loans offered through JPMorgan Chase Bank, N.A. All products are subject to credit and property approval. Rates, program terms and conditions are subject to change without notice. Not all products are available in all states or for all amounts. Other restrictions and limitations apply. Chase only originates mortgage loans within the United States of America.

© 2007-2009 JPMorgan Chase & Co.

Chase Home Mortgage - Home Financing - Home Value

## PROOF OF SERVICE

I am a citizen of the United States; I am over 18 years of age; my business address is 9353 Bolsa Ave, #L4, Westminster, California 92683. I am employed in the County of Orange where this mailing occurred.

On 08/10/2009, I served the following document(s) of case No. CV09-4589 AHM (AJWX):

(1) Notice of Declaration of Plaintiff Laura Nguyen in support of preliminary injunction.
(2) Notice of Property value obtained from Chase Bank web site for property 16141 Quartz Street, Westminster, CA 92683 pursuant to court order on August 2, 2009.

by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

ADORNO YOSS ALVARADO & SMITH
Attention: S. Christopher Yoo
1 MacArthur Place, Suite 200
Santa Ana, CA 92707.

LEE & KAUFMAN, LLP
Attention: Martin J. Kaufman
633 W. 5th Street, 51st Floor
Los Angeles, CA 90071.

XXX **BY MAIL:** I caused such envelope(s) to be deposited in the mail at my business address, addressed to the addressee(s) designated. It is deposited with the United States Postal Service on that same day in the ordinary course of business.

\_\_\_\_ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

\_\_\_\_ **BY FEDERAL EXPRESS:** I caused such envelope(s) to be delivered via Federal Express to the addressee(s) designated.

\_\_\_\_ **BY FACSIMILE:** I caused said documents(s) to be transmitted to the telephone number(s) of the addressee(s) designated.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed at Westminster, California, on 08/10/2009

HIEN LAM