O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4589 AHM (AJWx) | Date | August 14, 2009 |
|---|---|---|---|
| Title | PAUL NGUYEN, et al. v. CHASE BANK USA, N.A., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:       Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

On August 3, 2009, this Court granted a preliminary injunction enjoining the foreclosure and sale of Plaintiffs' home.[1]  The preliminary injunction was contingent in part on Plaintiffs filing by August 10, 2009 an authenticated appraisal of the home's value.  Today Paul Nguyen filed a print-out from Defendant Chase Bank's internet-based "Home Value Estimator," showing the estimated value of the home as $515,000.  The Court finds that this evidence is sufficient to show that no bond is necessary and that Defendants are unlikely to suffer irreparable injury as a result of the preliminary injunction.

                                                                                                                  :
                                                      Initials of Preparer            SMO

---

[1] Docket No. 45.