PAUL NGUYEN
LAURA NGUYEN
16141 QUARTZ STREET
WESTMINSTER, CA 92683
TELEPHONE: (714) 360-7602
EMAIL: MNAPAUL1@GMAIL.COM

Plaintiffs in Pro Persona

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NGUYEN, an individual; and LAURA NGUYEN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Chase Bank USA, N.A. et.al.<br><br>Defendants. | Case No. CV09-4589 AHM (AJWx)<br><br>APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT JOSEPH SON CAO TRAN (FRCP & LOCAL RULE, RULE 55); DECLARATION IN SUPPORT (FRCP 55(b)(2)).<br><br>JUDGE: A. HOWARD MATZ |

Plaintiffs PAUL NGUYEN and LAURA NGUYEN hereby requests a default judgment against defendant Joseph Son Cao Tran, under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule, Rule L.R. 55-1. In support of the request, plaintiffs rely upon the record in this case and the affidavit submitted herein.

//

<u>Entry of clerk's default</u>: A request for entry of clerk's default for failure to respond or appear was filed herein on August 3, 2009 and Entry of Default by Clerk Pursuant to F.R.Civ.P. 55(a) was entered on August 4, 2009. *See,* Docket No. 39.

<u>Clerk Entry of Default Judgment</u>: The dollar amounts sough in the complaint against this Defendant is certain in the amount of $25,000.00. Therefore, the clerk of court may enter the default judgment.

//

DATED: September 22, 2009          Respectfully Submitted;

_____
Paul Nguyen, Plaintiff

_____
Laura Nguyen, Plaintiff

PAUL NGUYEN
16141 QUARTZ STREET
WESTMINSTER, CA 92683
(714) 360-7602

# DECLARATION IN SUPPORT OF DEFAULT JUDGMENT

Plaintiffs hereby submit the following Declaration in compliance with Local Rule, Rule L.R. 55-1, for Court entry of Default Judgment against Defendant Joseph Son Cao Tran.

1. I, PAUL NGUYEN, is the Plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter.
2. I, LAURA NGUYEN, is the Plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter.
3. The summon and First Amended Complaint were served upon the Defendant Joseph Son Cao Tran on July 10, 2009. *See*, Docket No. 27, Proof of Service of Summon and Complaint.
4. A request for entry of clerk's default against Defendant Joseph Son Cao Tran for failure to respond or appear was filed herein on August 3, 2009 and Entry of Default by Clerk Pursuant to F.R.Civ.P. 55(a) was entered on August 4, 2009. *See*, Docket No. 39.
5. As required by the Servicemembers Civil Relief Act of 2003, Defendant Joseph Son Cao Tran is not currently in active military service to my best information and belief.
6. Defaulting party, Joseph Son Cao Tran, is not an infant or incompetent person.
7. The claim of the plaintiffs is for: general, special damages in the amount of $25,000.00 and punitive damages according to proof.
8. The clerk of court may enter the default judgment because the dollar amount sough is for a sum certain.

//
//
//
//
//

I declare under penalty of perjury that the foregoing is true and correct. Executed in Westminster, California on September 22, 2009.

DATED: September 22, 2009      Respectfully Submitted;

_____
Paul Nguyen, Plaintiff

_____
Laura Nguyen, Plaintiff

# PROOF OF SERVICE

I am a citizen of the United States; I am over 18 years of age; my business address is 9353 Bolsa Ave, #L4, Westminster, California 92683. I am employed in the County of Orange where this mailing occurred.

On 09/23/2009, I served the following document(s):

1. APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT JOSEPH SON CAO TRAN (FRCP & LOCAL RULE, RULE 55); DECLARATION IN SUPPORT (FRCP 55(b)(2)).

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to each of the parties herein and addressed as follows:

THE LAW OFFICES OF KERMIT D. MARSH
Attention Kermit D. Marsh
9550 Warner Avenue, Suite 250
Fountain Valley, CA 92708

XX **BY MAIL:** I caused such envelope(s) to be deposited in the mail at my business address, addressed to the addressee(s) designated.. It is deposited with the United States Postal Service on that same day in the ordinary course of business.

___ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

___ **BY FEDERAL EXPRESS:** I caused such envelope(s) to be delivered via Federal Express to the addressee(s) designated.

___ **BY FACSIMILE:** I caused said documents(s) to be transmitted to the telephone number(s) of the addressee(s) designated.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Westminster, California, on 09/23/2009

HIEN LAM