O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4589 AHM (AJWx) | Date | October 14, 2009 |
|---|---|---|---|
| Title | PAUL NGUYEN, et al. v. CHASE BANK USA, N.A., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**      IN CHAMBERS (No Proceedings Held)

Given the longstanding principle that claims should be resolved on the merits where possible, the Court will accept Plaintiffs' late filing of their opposition to Defendants Chase Bank USA, N.A. and Chase Home Finance LLC's (collectively "Defendants") Motion to Dismiss the First Amended Complaint. The Court grants Defendants until October 20, 2009 to file a reply and will be taking the matter under submission after Defendants' reply is filed.

                                                                                              :
                                                Initials of Preparer       SMO