O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4589-AHM (AJWx) | Date | November 16, 2009 |
|---|---|---|---|
| Title | Paul Nguyen, et al. V. Chase Bank USA, N.A. et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Sandy Eagle | Cindy Nirenberg | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |

**Proceedings:**     Motion Hearing

Hearing held; appearances made.  Plaintiffs make no appearance

Court hears oral argument and DENIES Plaintiffs' Motion for Default Judgment Against Defendant First American Loanstar Trustee Services [79]; Court DENIES Plaintiffs' Motion for Order to Show Cause [81]; Court GRANTS Defendant First American Loanstar Trustee Services' Application for Relief From entry of Default [84].

Defendant first American Loanstar Trustee Services shall file an Answer to the Complaint.

Defendant Chase Bank USA, N.A. shall file, not later than Friday, November 20, 2009, a proposed Order cancelling all foreclosure proceedings against plaintiffs in this case, pending resolution of this case.

|  | : | 06 |
|---|---|---|
| Initials of Preparer | | se |