O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4589 AHM (AJWx) | Date | August 17, 2009 |
|---|---|---|---|
| Title | PAUL NGUYEN, et al. v. CHASE BANK USA, N.A., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

Plaintiffs Paul and Laura Nguyen (collectively, "Plaintiffs"), *pro se*, filed this action on June 25, 2009. The case is currently set for a four day jury trial on September 7, 2010. The pre-trial conference is scheduled for August 23, 2010.

Per the Court's Scheduling and Case Management Order, which was entered on November 2, 2010, the parties' pre-trial documents were due by not later than August 9, 2010. *See* Dkt. No. 90 (Scheduling and Case Management Order, Exh. A). Neither side filed their documents as of that date, so on August 16, 2010 the Court ordered Plaintiffs to show cause why the case should not be dismissed for lack of prosecution. The same day, Plaintiffs filed their Final Pretrial Conference Statement and Exhibit List. On August 17, 2010, Plaintiffs filed a response to the OSC, which adequately set forth why the case should not be dismissed. Accordingly, the Court DISCHARGES its August 16, 2010 Order to Show Cause.[1]

Defendants Chase Bank USA, N.A. and Chase Home Finance, LLC, however, have not to-date filed any of the required pre-trial documents.[2] As the Court noted in its November 2, 2010 Scheduling and Case Management Order:

> **Consequences of Non-Compliance.** If counsel fail to file the required

---

[1] Docket No. 106.

[2] In their Pretrial Conference Statement, Plaintiffs state that Defendants' counsel was "unavailabl[e]."

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4589 AHM (AJWx) | Date | August 17, 2009 |
|---|---|---|---|
| Title | PAUL NGUYEN, et al. v. CHASE BANK USA, N.A., et al. | | |

**Pre-Trial documents or fail to appear at the Pre-Trial Conference and such failure is not otherwise satisfactorily explained to the Court, (a) the cause shall stand dismissed for failure to prosecute, if such failure occurs on the part of the plaintiff, (b) <u>default judgment shall be entered if such failure occurs on the part of the defendant</u>; or (c) the Court may take such action as it deems appropriate.**

*Id.* at 12 (extra emphasis added). This is not the first time Defendants have failed to comply with the Court's orders. At the November 2, 2009 scheduling conference, the Court ordered Defendants to "notify Magistrate Judge Wistrich immediately of the Court's referral [for mediation] and presumptive schedule and file a status report with this Court confirming same." *See* Dkt. No. 89 (Scheduling Conference Minutes). Defendants failed to file any status report.

In light of the above, the Court ORDERS Defendants Chase Bank USA, N.A. and Chase Home Finance, LLC to SHOW CAUSE in writing by not later than August 20 2010, at 9:00 a.m., with courtesy copies delivered to chambers, why default judgment should not be entered against them.

:

Initials of Preparer     SMO