PAUL NGUYEN
LAURA NGUYEN
16141 Quartz Street
Westminster, CA 92683
Telephone: (714) 360-7602
Email: mnapaul1@gmail.com

Plaintiffs in Pro Persona

FILED
2010 AUG 20 PM 12:27
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NGUYEN, an individual; and LAURA NGUYEN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Chase Bank USA, N.A.; Chase Home Finance, LLC; First American Loanstar Trustee Services; Joseph Son Cao tran, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case No. CV09-4589 AHM (AJWx)**<br><br>PLAINTIFFS' DECLARATION IN RE DECLARATION OF S. CHRISTOPHER YOO IN RESPONSE TO ORDER TO SHOW CAUSE RE; WHY DEFAULT JUDGMENT SHOULD NOT BE ENTERED AGAINST DEFENDANTS CHASE HOME FINANCE LLC AND CHASE BANK, USA, N.A. |

1. We, Paul Nguyen and Laura Nguyen, provide this declaration IN RE DECLARATION OF S. CHRISTOPHER YOO IN RESPONSE TO ORDER TO SHOW CAUSE RE; WHY DEFAULT JUDGMENT SHOULD NOT BE ENTERED AGAINST DEFENDANTS CHASE HOME FINANCE LLC AND CHASE BANK, USA, N.A.

2. Plaintiffs' declaration is necessitated by certain misrepresentation made by counsel for Defendants, S. Christopher Yoo (hereinafter "Yoo").

3. Plaintiffs' central contention relating to forgeries is pleaded in their Second Amended Complaint; NOT as stated by Mr. Yoo that *"After the depositions, it became apparent that the central contention of Plaintiffs wasa that the signature of Laura Nguyen on the subject deed of trust was forged."* Yoo's declaration, Page 2, ¶ 3, line 14 – 16.

4. Plaintiffs' contention relating to forgeries is further supported by expert's opinion filed with this Court on 09/14/2009. See Plaintiffs' Expert Designation, Docket [60].

5. Mr. Yoo's is correct in his declaration that Plaintiffs' agreed to consent to a stipulation to continue the trial date to allow Defendants to prepare a cross-complaint on May 27, 2010. However, neither Mr. Yoo nor his co-counsels prepared such stipulation or proposed cross-complaint and sent to Plaintiffs until August 19, 2010 or almost three months later.

6. At the eve of trial, Plaintiffs received proposed pleadings from Mr. Yoo (See Exhibit "B" attached to Mr. Yoo's declaration).

7. Such proposed pleadings contained counterclaims against Plaintiffs in which they would never consent to stipulation to continue trial and leave to file cross-complaint.

8. To date, CHASE has not disclosed any witness or expert that would rebut Plaintiffs' expert testimony regarding forgeries.

9. Action by counsels for Chase is clearly for purpose of delay the proceedings so that they can go back to correct what should have been done pursuant to this Court's order. Clearly, Mr. Yoo's declarations are made in bad faith and with dilatory motive.

PLAINTIFFS' DECLARATION IN RE DECLARATION OF S. CHRISTOPHER YOO IN RESPONSE TO ORDER TO SHOW CAUSE RE: WHY DEFAULT JUDGMENT SHOULD NOT BE ENTERED AGAINST DEFENDANTS CHASE HOME FINANCE LLC AND CHASE BANK, USA, N.A.

PAUL NGUYEN
16141 QUARTZ STREET
WESTMINSTER, CA 92683
(714) 360-7602

PAUL NGUYEN
16141 QUARTZ STREET
WESTMINSTER, CA 92683
(714) 360-7602

10. As stated in Plaintiffs' previous declaration, they were not able to contact Mr. Yoo's office regarding preparation of a joint pretrial conference statement because Mr. Yoo was not available. However, discussions regarding joint pretrial conference statement were done with Mr. Yoo's co-counsel, Tuyet T. Tran, who is also the attorney of record in this case.

11. Therefore, Plaintiffs will vigorously object to any counter-claim made as part of cross-complaint against Plaintiffs at this close to trial; especially in light of the fact that Plaintiffs made all allegations regarding forgeries in their second amended complaint.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. This declaration was executed this 20th day of August, 2010 in Westminster, California.

DATED: 8-20-10

Paul Nguyen, Plaintiff

DATED: 8-20-10

Laura Nguyen, Plaintiff

## PROOF OF SERVICE

I am a citizen of the United States; I am over 18 years of age; my business address is 9353 Bolsa Ave, #L4, Westminster, California 92683. I am employed in the County of Orange where this mailing occurred.

On 08/20/2010, I served the following document(s):

PLAINTIFFS' DECLARATION IN RE DECLARATION OF S. CHRISTOPHER YOO IN RESPONSE TO ORDER TO SHOW CAUSE RE; WHY DEFAULT JUDGMENT SHOULD NOT BE ENTERED AGAINST DEFENDANTS CHASE HOME FINANCE LLC AND CHASE BANK, USA, N.A.

By placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to each of the parties herein and addressed as follows:

ADORNO YOSS ALVARADO & SMITH
Attention S. Christopher Yoo
1 MacArthur Place, Suite 200
Santa Ana, CA 92707

WRIGHT, FINLAY & ZAK, LLP
Attention: T. Robert Finlay
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660

THE LAW OFFICES OF KERMIT D. MARSH
KERMIT D. MARSH
9550 Warner Avenue, Suite 250
Fountain Valley, CA 92708

XX   **BY MAIL:** I caused such envelope(s) to be deposited in the mail at my business address, addressed to the addressee(s) designated. It is deposited with the United States Postal Service on that same day in the ordinary course of business.

____   **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

____   **BY FEDERAL EXPRESS:** I caused such envelope(s) to be delivered via Federal Express to the addressee(s) designated.

____   **BY FACSIMILE:** I caused said documents(s) to be transmitted to the telephone number(s) of the addressee(s) designated.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Westminster, California, on 08/20/2010

_____
HIEN LAM