O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-04589-AHM (AJWx) | Date | August 23, 2010 |
|---|---|---|---|
| Title | PAUL NGUYEN, et al. v. CHASE BANK USA, N.A., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Paul Nguyen, *pro se*
Laura Nguyen, *pro se*

Attorneys Present for Defendants:

Katherine S. Agbayani

**Proceedings:**   FINAL PRETRIAL CONFERENCE (non-evidentiary)

Court creates a record for issuing default against Chase Home Finance, LLC and Chase Bank USA, N.A. (collectively, "Chase") for their failure to submit the required pre-trial documents and lack compliance with certain prior orders. The Court DENIES Chase's request to continue the trial in order to allow defendants to file cross-claims against Joseph Cao San Tran, Angel Tran, Sydney Funding, and Nexus Escrow, Inc. as contained in the Declaration of S. Christopher Yoo in Response to Order to Show Cause re: Why Default Judgment Should Not be Entered Against Defendants Chase Home Finance, LLC and Chase Bank, USA, N.A. (Docket Entry No. 110).

For reasons and findings stated on the record, the Court will enter default judgment against defendants Chase Home Finance, LLC and Chase Bank USA, N.A. for rescission of the loan, voidance of the deed of trust, quiet title, and possibly forfeiture of the loan. Plaintiffs shall also be entitled to costs. Plaintiffs must prepare and submit a proposed judgment by not later than August 30, 2010. Defendants may respond to the proposed judgment by not later than September 1, 2010 and any reply thereto must be filed by not later than September 3, 2010. If the parties are unable to agree to a proposed judgment, then plaintiffs must file a motion for entry of judgment by not later than September 13, 2010. The Court will hold in abeyance all claims against defendant First American Loanstar. The Court has made a careful and considered determination of its decision to enter judgment and will not be receptive to the filing of a motion for reconsideration.

|  | : | 42 |
|---|---|---|
|  | Initials of Preparer | SMO |