O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4589 AHM (AJWx) | Date | September 14, 2010 |
|---|---|---|---|
| Title | PAUL NGUYEN, et al. v. CHASE BANK, USA, N.A., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court has reviewed the objections of the "Chase Defendants" and of First American Loanstar Trustee Services, LLC to the proposed Order of Default Judgment and overrules most of those objections. The Court has therefore separately entered an Order of Default Judgment and Judgment against those parties. Consequently, it is unnecessary for Defendants to respond to Plaintiffs' Motion for Entry of Default Judgment and that motion[1] is DENIED as moot.

:

Initials of Preparer   SMO

---

[1] Docket entry number 123.