---

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NGUYEN, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A., et al.,<br><br>    Defendants. | CASE NO. CV09-4589-AHM (AJWx)<br><br>ORDER OF DEFAULT JUDGMENT AND OTHER EQUITABLE RELIEF AGAINST CHASE BANK USA, N.A.; AND CHASE HOME FINANCE, LLC AND, JUDGMENT AGAINST FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, LLC. |

    Plaintiffs PAUL NGUYEN (hereinafter "PAUL") and LAURA NGUYEN (hereinafter "LAURA") (hereinafter collectively "NGUYEN"), filed a Complaint and Second Amended Complaint [Docket #96] for rescission and damages, quiet title and unfair business practices. The lien is evidenced by the deed of trust recorded on December 12, 2007, in the Official Records of Orange County, as Document Number 2007000731120, against Plaintiffs' real property commonly known as 16141Quartz Street, Westminster, California 94825 ("the Property"), and more fully described below:

    LOT 44 TRACT NO. 8977, IN THE CITY OF WESTMINSTER,

    COUNTY OF ORANGE, STATE OF CALIFORNIA, AS PER MAP

    RECORDED IN BOOK 369, PAGE(S) 46 AND 47 OF

    MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY

RECORDER OF SAID COUNTY. Assessor's Parcel No.: 107-903-44.

Defendants Chase Bank USA, N.A. and Chase Home Finance, LLC (collectively "Chase") failed to submit the required pre-trial documents and failed to comply with certain orders issued by this Court.

Therefore, for reasons and findings stated on the record, it is hereby ordered that default judgment is entered against Chase Bank USA, N.A. and Chase Home Finance, LLC on Plaintiff's Second Amended Complaint. Defendant First American Loanstar Trustee Services, LLC failed to file the mandated pretrial documents and did not even appear at the pretrial conference. However, it precisely "agree[d] to be bound by whatever non-monetary Order or Judgment this Court issues with regard to the Deed of Trust." Accordingly, Defendant First American Loanstar Trustee Services, LLC shall be and is bound by this Judgment. Therefore, it is ORDERED, ADJUDGED and DECREED as follows:

## JUDGMENT

1. This Court has jurisdiction over the subject matter of this case and over the Defendants.
2. Venue as to the Defendants in the Central District of California is proper.
3. Default judgment is hereby entered against Chase Bank USA, N.A. and Chase Home Finance, LLC and in favor of Plaintiffs Paul Nguyen and Laura Nguyen on all claims in Plaintiffs' Second Amended Complaint.
4. IT IS THEREFORE ORDERED that the Deed of Trust recorded with Orange County Recorder as instrument No. 2007000731120 on 12/12/2007 is wholly voided as to plaintiff Laura Nguyen.
5. IT IS FURTHER ORDERED that Defendant First American

2

Loanstar Trustee Services record a DEED OF RECONVEYANCE to reconvey unto Plaintiffs thereto all right, title and interest which was heretofore acquired by First American Loanstar Trustee Services under deed of trust recorded with Orange County Recorder as instrument No. 2007000731120 on 12/12/2007.

6. IT IS FURTHER ORDERED that all adverse claims against property known as 16141 Quartz Street, Westminster, CA 92683 are quieted. The legal description of said property is:

> LOT 44 TRACT NO. 8977, IN THE CITY OF WESTMINSTER, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 369, PAGE(S) 46 AND 47 OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.  Assessor's Parcel No.: 107-903-44.

7. IT IS FURTHER ORDERED that the Promissory Note dated 12/12/2007 executed by Plaintiff Paul Nguyen in favor of Chase Bank USA, N.A. rescinded pursuant to 15 U.S.C. §1635(i).

8. IT IS FURTHER ORDERED that pursuant to 15 U.S.C. §1635(b), Plaintiffs had made offer to tender the loan evidenced by promissory note dated 12/12/2007 and Defendant Chase Bank USA, N.A. did not take possession within 20 days after tender by the Plaintiffs. Therefore, ownership of the loan proceed is vested in the Plaintiffs without obligation on their part to pay for it.

9. IT IS FURTHER ORDERED that Defendant Chase Bank USA, N.A. within 20 days after entry of judgment shall return to the Plaintiffs any money or property given as earnest money, down payment, or

1         otherwise pursuant to 15 U.S.C. §1635(b).

2         10.    IT IS FURTHER ORDERED that Plaintiffs are awarded their costs of suit, to be paid by Defendants Chase Bank USA, N.A. and Chase Home Finance, LLC, in an amount to be determined by the Clerk of the Court.

DATED: September 15, 2010

_/s/ A. Howard Matz_
The Honorable A. Howard Matz
United States District Judge

**JS-6**