O                                    PRIORITY SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-4589 AHM (AJWx) | Date | October 29, 2010 |
|----------|------------------------|------|------------------|
| Title | PAUL NGUYEN, et al. v. CHASE BANK USA, N.A., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

The hearing for Plaintiffs' Motion[1] for Issuance of Writ of Execution currently on calendar for Monday, November 1, 2010 at 10:00 AM, is hereby recalendared to **Monday, November 8, 2010 at 10:00 AM.**   All other dates are unaffected.

_____ : _____

Initials of Preparer          se

_____

---

[1]Docket No. 139.