JOHN M. SORICH (CA Bar No. 125223)
jsorich@AlvaradoSmith.com
THEODORE E. BACON (CA Bar No. 115395)
tbacon@AlvaradoSmith.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
CHASE BANK USA, N.A. and CHASE HOME FINANCE LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NGUYEN, an individual; and LAURA NGUYEN, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> Chase Bank USA, N.A.; Chase Home Finance, LLC; First American Loanstar Trustee Services; Joseph Son Cao Tran, and Individual; and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO.: CV09-4589 AHM (AJWx) <br><br> JUDGE: Hon. A. Howard Matz <br><br> **DECLARATION OF JOHN M. SORICH IN RESPONSE TO COURT ORDER DATED NOVEMBER 8, 2010** <br><br> Action Filed: June 25, 2009 |

I, John M. Sorich, declare as follows:

1. 1. I am an individual and an attorney licensed to practice law before all courts of the State of California and before this U.S. District Court. I am a member of the law firm of AlvaradoSmith, formerly Adorno Yoss Alvarado & Smith, counsel of record for defendants Chase Bank USA, N.A., and Chase Home Finance LLC in the

---
1
DECLARATION IN SUPPORT OF RESPONSE TO COURT ORDER OF NOVEMBER 5, 2010
1159065.1

1  above captioned matter. I have personal knowledge of the facts set forth below and, if
2  called upon to do so, could and would competently testify under oath to such facts.
3      2.   I submit this declaration in response to the Court's Order to Show Cause
4  dated November 8, 2010 ("OSC"). In the OSC, the Court orders me to show cause
5  why I should not be sanctioned for failing to comply with the Court's November 5,
6  2010 Order (Docket No. 154) ("November 5th Order"). A true and correct copy of the
7  Court's November 5th Order is attached hereto as <u>Exhibit "A"</u> and is incorporated
8  herein by reference.
9      3.   As stated therein, the Court's November 5th Order requires Defendants "to
10 tell this Court in writing **by no later than 4:00 PM today, November 5, 2010,** how
11 they intend to proceed given the Ninth Circuit's November 4, 2010 Order (No. 10-
12 56612, Docket No. 9)."
13     4.   I did not respond to the Court's November 5th Order (Exhibit "A" hereto)
14 because I did not receive the Court's November 5th Order until Monday, November 8,
15 2010. Therefore, it was not possible for my office to respond to the Court's
16 November 5th Order by the November 5th deadline imposed by the Court.
17     5.   I have checked my email Inbox for Friday, November 5, 2010, and could
18 not locate any ECF emails or other notification from the Court of the November 5th
19 Order. In fact, I have reviewed my email Inbox for notification after November 5th
20 and did not see any ECF emails or other notifications from the Court of the November
21 5th Order.
22     6.   Nor did I personally receive the Court's November 8th OSC, to which I am
23 responding. The OSC was brought to my attention today by attorney s. Christopher
24 Yoo of my office.
25 ///
26 ///
27 ///
28 ///

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

1  7.  In closing, I should not be fined for failing to comply with the Court's November 5th Order because I did not have notice of the November 5th Order in time to comply with it.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on November 8, 2010 at Santa Ana, California.

/s/ John M. Sorich
John M. Sorich

# Exhibit "A"

Case 2:09-cv-04589-AHM-AJW   Document 154   Filed 11/05/10   Page 1 of 1   Page ID #:1421

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 09-4589 AHM (AJWx) | Date | November 5, 2010 |
| Title | PAUL NGUYEN v. CHASE BANK USA, N.A., et al. | | |

| | |
|---|---|
| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

Defendants are hereby ORDERED to tell this Court in writing **by no later than 4:00 PM today, November 5, 2010**, how they intend to proceed given the Ninth Circuit's November 4, 2010 Order (No. 10-56612, Docket No. 9).

                                                                                                      : 

                                                        Initials of Preparer        SMO

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

*Paul Nguyen v. Chase Bank USA, N.A., et al.*
USDC Central Case No. CV09-4589 AHM (AJWx)

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ALVARADOSMITH, 1 MacArthur Place, Santa Ana, CA 92707**.

On November 8, 2010, I served the foregoing document described as **DECLARATION OF JOHN M. SORICH IN RESPONSE TO COURT ORDER DATED NOVEMBER 8, 2010** on the interested parties in this action.

[x]  by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

[ ]  **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

[ ]  **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

[x]  **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

[x]  (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on November 8, 2010, at Santa Ana, California.



Michelle E. Ault

PROOF OF SERVICE

1087365.2

# SERVICE LIST

*Paul Nguyen v. Chase Bank USA, N.A., et al.*
USDC Central Case No. CV09-4589 AHM (AJWx)

Paul Nguyen
Laura Nguyen
16141 Quartz Street
Westminster, CA 92683

(714) 360-7602-telephone

**Plaintiffs in Pro Per**

T. Robert Finlay, Esq.
Christina Danielle Rovira, Esq.
Wright Finlay & Zak LLP
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660

(949) 477-5050-telephone
(949) 477-9200-facsimile

**Attorney for Defendant, First American Loanstar Trustee Services**

Kermit David Marsh, Esq.
Kermit D. Marsh Law Offices
9550 Warner Avenue, Suite 250
Fountain Valley, CA 92708

(714) 593-2321-telephone
(714) 593-2399-facsimile

**Attorney for Defendant, Son Cao Tran aka Doe 1**

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA