JOHN M. SORICH (CA Bar No. 125223)
jsorich@alvaradosmith.com
THEODORE E. BACON (CA Bar No. 115395)
tbacon@alvaradosmith.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@alvaradosmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
CHASE BANK USA, N.A. and CHASE HOME FINANCE LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NGUYEN, an individual; and LAURA NGUYEN, an individual, <br><br>Plaintiffs, <br><br>v. <br><br>Chase Bank USA, N.A.; Chase Home Finance, LLC; First American Loanstar Trustee Services; Joseph Son Cao Tran, and Individual; and DOES 1 through 50, inclusive, <br><br>Defendants. | CASE NO.: CV09-4589 AHM (AJWx) <br><br>JUDGE: Hon. A. Howard Matz <br><br>**DECLARATION OF THEODORE E. BACON IN RESPONSE TO COURT ORDER DATED NOVEMBER 8, 2010** <br><br>Action Filed: June 25, 2009 |

I, Theodore E. Bacon, declare as follows:

1. I am an individual and an attorney licensed to practice law before all courts of the State of California and before this U.S. District Court. I am a member of the law firm of AlvaradoSmith, formerly Adorno Yoss Alvarado & Smith, counsel of record for defendants Chase Bank USA, N.A., and Chase Home Finance LLC in the

above captioned matter. I have personal knowledge of the facts set forth below and, if called upon to do so, could and would competently testify under oath to such facts.

2. I submit this declaration in response to the Court's Order to Show Cause dated November 8, 2010 ("OSC"). In the OSC, the Court orders me to show cause why I should not be sanctioned for failing to comply with the Court's November 5, 2010 Order (Docket No. 154) ("November 5th Order"). I have never worked on this file and only recently was added to the service list as I am the partner in charge of borrower litigation in the firm's Los Angeles office and was asked to simply follow the progress of this case.

3. The Court's November 5th Order requires me "to tell this Court in writing **by no later than 4:00 PM today, November 5, 2010**, how they intend to proceed given the Ninth Circuit's November 4, 2010 Order (No. 10-56612, Docket No. 9)." I was in San Jose California on November 4, 2010 and November 5, 2010 on another matter appearing before the honorable Jeremy Fogel, and did not receive any order from either this Court or the Ninth Circuit by e-mail or otherwise and have no knowledge of any OSC, any Order of the Ninth Circuit, what issues are involved and what should or would be the response to any such Order. I have not been assigned any responsibility by Chase Home Finance, LLC or by anyone within the firm for responding to any issue or order pertaining to this case.

4. I did not respond to the Court's November 5th Order because I did not receive the Court's November 5th Order until my colleague Christopher Yoo forwarded it to me Monday, November 8, 2010. Therefore, it was not possible for my office to respond to the Court's November 5th Order by the November 5th deadline imposed by the Court.

5. I have checked my email Inbox for Friday, November 5, 2010, and could not locate any ECF emails or other notification from the Court of the November 5th Order. In fact, I have reviewed my email Inbox for notification after November 5th and did not see any ECF emails or other notifications from the Court of the November

1  5th Order.

2  6.  I do not feel it is fair to fine me for failing to comply with the Court's November 5th Order because I did not have notice of the November 5th Order in time to comply with it.  Moreover, I have only tangential familiarity with the Nguyen case and the Ninth Circuit Appeal, and have no information or belief upon which to respond to the Court's OSC.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on November 9, 2010 at Los Angeles, California.

*Theodore E. Bacon*