O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4589 AHM (AJWx) | Date | November 10, 2010 |
|---|---|---|---|
| Title | PAUL NGUYEN v. CHASE BANK USA, N.A., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:    Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court orders Plaintiff Paul Nguyen to file a declaration under penalty of perjury by no later than Friday, November 12, 2010, containing the full information about the statement made in Court today regarding his phone conversation with Mr. S. Christopher Yoo that took place two weeks prior to his May 2009 deposition.

Mr. Yoo may respond to Plaintiff's declaration by no later than Monday, November 14, 2010.

|  | : |
|---|---|
| Initials of Preparer | SMO |