JOHN M. SORICH (CA Bar No. 125223)
jsorich@AlvaradoSmith.com
THEODORE E. BACON (CA Bar No. 115395)
tbacon@AlvaradoSmith.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel:  (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
CHASE BANK USA, N.A. and CHASE
HOME FINANCE LLC

## UNITED STATES DISTRICT COURT

## CENTRAL  DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NGUYEN, an individual; and LAURA NGUYEN, an individual,<br><br>   Plaintiffs,<br><br>v.<br><br>Chase Bank USA, N.A.; Chase Home Finance, LLC; First American Loanstar Trustee Services; Joseph Son Cao Tran, and Individual; and DOES 1 through 50, inclusive,<br><br>   Defendants. | **CASE NO.:** CV09-4589 AHM (AJWx)<br><br>**JUDGE:** Hon. A. Howard Matz<br><br>**DECLARATION OF S. CHRISTOPHER YOO  IN RESPONSE TO COURT ORDER DATED NOVEMBER 10, 2010**<br><br>**Action Filed:**  June 25, 2009 |

///

///

///

## DECLARATION OF S. CHRISTOPHER YOO

I, S. Christopher Yoo, declare as follows:

1.      I am a member of the law firm of AlvaradoSmith, a Professional Corporation, attorneys of record herein for defendants Chase Bank USA, N.A. ("Chase Bank") and Chase Home Finance LLC ("Chase Home," and collectively "Chase Defendants") in the above-referenced action ("Action").  I have been duly admitted to practice law in the State of California and before this Court.  If called as a witness in this Action, I am competent to testify of my own personal knowledge, to the best of my recollection, as to the matters set forth in this Declaration.

2.      I submit this declaration in support of Defendants' Response to the Court Order of November 10, 2010 and in Response to Paul Nguyen's Declaration of November 12, 2010.

3.      I have reviewed the Declaration of Paul Nguyen filed with the Court on November 12, 2010.  Then, I reviewed my time sheets for May 17 and 18, 2010 to determine if I had any telephone conversation with Mr. Nguyen.  For May 17, 2010, there is no entry that I had any telephone conversation with Mr. Nguyen. For May 18, 2010, I also have no entry that I had any telephone conversation with Mr. Nguyen.

4.      In fact, May 18, 2010, I was out of the office taking the deposition of the person most knowledgeable (Maribelle De Leon) of County of Los Angeles in a matter entitled, *EMC Mortgage Corporation v. Ray McVeigh et al,* Los Angeles County Superior Court, Case No. BC413888.  A true and copy of the face coversheet of the deposition of Maribelle De Leon, dated May 18, 2010, is attached hereto as Exhibit "A."

5.      In fact, after reviewing the emails from the period of May 17, 2010 to May 20, 2010, it appears that on May 19, 2010, Mr. Nguyen contacted my office to inform me that Laura Nguyen will not be available for her deposition on May 21, 2010.  In this regard, my office initially noticed the deposition of Paul Nguyen for May 20, 2010, and the deposition of Laura Nguyen for May 21, 2010.  Attached

hereto as Exhibit "B" is a true and correct copy of an email from Vicki Warren to me and others at my office indicating that Mr. Nguyen called to inform my office that Ms. Nguyen would not be available for deposition on May 21, 2010 but instead could be deposed on May 20, 2010. In May 2010, Ms. Warren was my legal assistant. Ms. Warren is no longer with our office.

6.      On May 19, 2010, I was out of the office and in San Francisco taking the deposition of plaintiff William Crumrine in an action entitled, *Crumrine et al. v. Washington Mutual Bank et al, Sonoma County Superior Court*, Case No. SCV243763. A true and copy of the face coversheet of the deposition of William Crumrine, dated May 19, 2010, is attached hereto as Exhibit "C."

7.      Although I have no specific recollection of it, it appears that Mr. Nguyen and I had a short telephone conversation on May 19, 2010 confirming that the depositions would be postponed to May 27, 2010 and May 28, 2010, respectively, due to Ms. Nguyen's unavailability. Attached hereto as Exhibit "D" is a true and correct copy of the email from Ms. Warren indicating that Ms. Nguyen's deposition would be moved to May 27, 2010 and Mr. Nguyen's deposition would be moved to May 28, 2010.

8.      Veronica Delgado, my paralegal, on May 19, 2010, sent an email to all parties informing them of the continued depositions to May 27, 2010 and May 28, 2010. A true and correct copy of the Ms. Delgado's email dated May 19, 2010 is attached hereto as Exhibit "E."

9.      I have no recollection of discussing with Mr. Nguyen on May 17, 18, or May 19, 2010 regarding the substance of Plaintiffs' lawsuit in this action or my intention to make a title claim or bring a cross-complaint against certain third parties. Based on the exhibits attached to this Declaration, it appears that I had a short conversation with Mr. Nguyen on May 19, 2010 to simply postpone the depositions for a week because of Ms. Nguyen's unavailability on May 21, 2010 and because I was out of the office and was unable to prepare for Ms. Nguyen's deposition on May

20, 2010 instead of May 21, 2010.  Because I was in deposition all day on May 19, 2010 in San Francisco, it is unlikely that I had an extensive telephone conversation with Mr. Nguyen on May 19, 2010. Moreover, I don not recall discussing with Mr. Nguyen over the telephone my intention to bring a title claim or file a cross-complaint.  I recollection of having such a conversation was after I completed Laura Nguyen's deposition on May 28, 2010.

10.     In fact, per the email of May 19, 2010 and the amended notice of depositions sent on May 19, 2010, I planned to take the deposition of Laura Nguyen on May 27, 2010.  However, on May 27, 2010, Mr. Nguyen appeared at my office instead of Ms. Nguyen and offered to be deposed.  Not to further delay the depositions, I took the deposition of Mr. Nguyen on May 27, 2010 even though Mr. Nguyen's deposition was not scheduled until May 28, 2010.  In fact, this accommodation is set forth in the deposition transcript of Mr. Nguyen dated May 27, 2010.  True and correct copies of the face sheet of the deposition transcript dated May 27, 2010 and pages 17 and 18 of Mr. Nguyen's deposition transcript are collectively attached hereto as Exhibit "F."  The relevant deposition testimony of Mr. Nguyen in this regard is as follows:

Q:  And you have seen Exhibit 2 before?

A:  Yes, I have.

Q:  And the amended notice of deposition of plaintiff Paul Nguyen indicates that you are set to be deposed tomorrow?

A:  Correct.

Q:  But you informed me off the record that your wife is in transit, you know, via air plane, and she'll not be in Orange County until 3:00 p.m. today?

A:  Correct.

Q:  And that's the reason you came in place of her and ask that I depose you first?

A:  Correct.

4

11.     In conclusion, based on my review of my time sheets for the period of May 17, 2010 to May 20, 2010, and based on the emails of May 19, 2010, I am fairly certain that I did not have a lengthy telephone conversation with Mr. Nguyen on May 17 or 18, 2010 regarding the forgery issue or any request for leave to file a cross-complaint. In fact, I am fairly certain that I did not have any conversation with Mr. Nguyen on May 17, 2010 or May 18, 2010. Based on the emails of May 19, 2010, it appears that Mr. Nguyen contacted my office on May 19, 2010 to inform my office that Ms. Nguyen was not available on May 21, 2010. As a result, it appears that from San Francisco, I called Mr. Nguyen on May 19, 2010 for the simple purpose of postponing the depositions to May 27, 2010 and May 28, 2010.

12.     Regardless, even based on Mr. Nguyen's declaration, he agreed to the stipulation to postpone the trial and leave to file cross-complaint on May 28, 2010 after the conclusion of Ms. Nguyen's deposition. *See*, Declaration of Paul Nguyen, dated November 12, 2010 filed with the Court as Pacer Docket No. 172.

13.     Based on my recollection, the decision to bring a cross-claim against certain third parties was made only after the depositions of Paul Nguyen and Laura Nguyen on May 27, 2010 and May 28, 2010.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 15th day of November 2010, at Santa Ana, California.

S. CHRISTOPHER YOO

DECLARATION OF S. CHRISTOPHER YOO IN RESPONSE TO THE ORDER OF NOVEMBER 10, 2010
1160465.1

# EXHIBIT A

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

EMC MORTGAGE CORPORATION,      )
                               )
          Plaintiff,           )
                               )
     vs.                       )      No. BC413888
                               )
RAY MCVEIGH, an individual,    )
et al.,                        )
                               )
          Defendants.          )
_____)

          Deposition of MARIBELLE DE LEON, taken on

behalf of Plaintiff, at 500 West Temple Street, Room 100,

Los Angeles, California, beginning at 11:06 AM and ending

at 2:13 PM on Tuesday, May 18, 2010, before DAVID S.

COLEMAN, Certified Shorthand Reporter No. 4613.

2

1    APPEARANCES:

2

3    For Plaintiff:

4        ADORNO YOSS ALVARADO & SMITH
         BY:  S. CHRISTOPHER YOO
5        Attorney at Law
         1 MacArthur Place, Suite 200
6        Santa Ana, California 92707
         714-852-6800
7        cyoo@adorno.com

8

     For Defendants Los Angeles County Treasurer and
9    Los Angeles County Tax Collector (erroneously named as
     two separate entities, Treasurer of Los Angeles County
10   and Tax Collector of Los Angeles County):

11       OFFICE OF THE LOS ANGELES COUNTY COUNSEL
         BY:  BRANDI M. MOORE
12       Attorney at Law
         648 Kenneth Hahn Hall of Administration
13       500 West Temple Street
         Los Angeles, California 90012-2713
14       213-974-1832
         bmoore@counsel.lacounty.gov

15

16   For Defendant Mahshid Loghmani:

17       GREEN & MARKER
         BY:  G. RICHARD GREEN
18       Attorney at Law
         1925 Century Park East, Suite 830
19       Los Angeles, California 90067
         310-201-0406
20       grg131@aol.com

21

     Also Present:

22

         JOHN McKINNEY

23

24

25

                              3

BARKLEY

# EXHIBIT B

## Christopher Yoo

**From:** Vicki Warren
**Sent:** Wednesday, May 19, 2010 12:18 PM
**To:** Christopher Yoo; Rhonda White; Veronica Delgado; Katherine Agbayani
**Subject:** Paul Nguyen, AL109.964

Mr. Nguyen called to say that Mrs. Nguyen is not available for her 5/21 deposition, but could instead be deposed on 5/20. I checked Vision and did not see anything for 5/20, so I looked in the system for the depo notices and they indicate 5/20 and 5/21 for Mr. and Mrs. respectively.

I just received a confirmation call from Barkley for tomorrow's deposition, so they will be here for the depo of either Mr. or Mrs. Whatever you decide.

Vicki

### ADORNO YOSS ALVARADO & SMITH

**Vicki Warren**
Santa Ana Office
Adorno Yoss Alvarado & Smith
1 MacArthur Place, Suite 200
Santa Ana, CA 92707
www.adorno.com

Litigation Assistant
☎ (714) 852-6800
☎ Direct: (714) 852-6818
℡ Fax: (714) 852-6899
✉ vwarren@adorno.com

*"Life is not about waiting for the storms to pass...it's about learning how to dance in the rain."*

🌲 Before printing this e-mail - think if it is necessary. Think Green!
NOTICE: CONFIDENTIAL AND PRIVILEGED INFORMATION - This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

**IRS Circular 230 Disclosure:** To insure compliance with requirements by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

# EXHIBIT C

CERTIFIED COPY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SONOMA

WILLIAM D. CRUMRINE, an          )
individual; RACHAEL E.           )
CRUMRINE, an individual,         )
                                 )
        Plaintiffs,              )
                                 )
    vs.                          )        No. SCV 243763
                                 )
WASHINGTON MUTUAL BANK, F.A.;    )
JPMORGAN CHASE, a corporation    )
dba WASHINGTON MUTUAL;           )
RONDALE E. LABRUZZO, an          )
individual; JON BAUGHMAN, an     )
individual; QUALITY LOAN         )
SERVICE CORPORATION,             )
a corporation,                   )
                                 )
        Defendants.              )
_____)

VOLUME I

DEPOSITION OF WILLIAM D. CRUMRINE

May 19, 2010

BARKLEY
Court Reporters
barkley.com

⊛ Theresa A. Darnell, CSR # 9966
    302916

(310) 207-8000 Los Angeles     (415) 433-5777 San Francisco     (949) 955-0400 Irvine          (858) 455-5444 San Diego
(916) 922-5777 Sacramento      (408) 885-0550 San Jose          (760) 322-2240 Palm Springs     (951) 686-0606 Riverside
(818) 702-0202 Woodland Hills  (212) 808-8500 New York City     (347) 821-4611 Brooklyn         (518) 490-1910 Albany
(516) 277-9494 Garden City     (914) 510-9110 White Plains      (312) 379-5566 Chicago          (702) 366-0500 Las Vegas

1        SUPERIOR COURT OF THE STATE OF CALIFORNIA

2               COUNTY OF SONOMA

3

4  WILLIAM D. CRUMRINE, an      )
    individual; RACHAEL E.      )
5  CRUMRINE, an individual,     )
                        )
6       Plaintiffs,      )
                        )
7    vs.             )   No. SCV 243763
                        )
8  WASHINGTON MUTUAL BANK, F.A.; )
    JPMORGAN CHASE, a corporation )
9  dba WASHINGTON MUTUAL;     )
    RONDALE E. LABRUZZO, an    )
10  individual; JON BAUGHMAN, an )
    individual; QUALITY LOAN    )
11  SERVICE CORPORATION,      )
    a corporation,         )
12                    )
        Defendants.      )
13  _____)

14

15                VOLUME I

16      DEPOSITION OF WILLIAM D. CRUMRINE

17      Held at Barkley Court Reporters

18        222 Front Street, Suite 600

19        San Francisco, California

20    Wednesday, May 19, 2010, 10:12 a.m.

21

22

23

24

25  Reported by Theresa A. Darnell, CSR No. 9966

APPEARANCES OF COUNSEL

1

2    For Plaintiffs:

3        COTCHETT, PITRE & McCARTHY
         BY:   JORDANNA G. THIGPEN, ESQ.
4        840 Malcolm Road
         Burlingame, California  94010
5        650.697.6000  Fax 650.697.0577
         E-mail:  jthigpen@cpmlegal.com

6

7    For Defendants:

8        ADORNOS YOSS ALVARADO & SMITH
         BY:   S. CHRISTOPHER YOO, ESQ.
9        1 MacArther Place, Suite 200
         Santa Ana, California  92707
10       714.852.6800  Fax 714.852.6899
         E-mail:  cyoo@adornol.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT D

**Christopher Yoo**

| | |
|---|---|
| **From:** | Vicki Warren |
| **Sent:** | Wednesday, May 19, 2010 1:07 PM |
| **To:** | Rhonda White; Veronica Delgado |
| **Cc:** | Christopher Yoo |
| **Subject:** | Paul Nguyen, AL109.964 |

Chris called earlier and the depos of Mr. and Mrs. Nguyen are being moved to next week.  Hers will be 5/27 and his will be 5/28.  Chris needs amended notices of depo to go out and Barkley has to be informed of the change.  And Mr. Nguyen would like an emailed confirmation of the new dates.

I am trying to get through some cleanup of my desk and will not be able to take these tasks on.  Chris had suggested maybe Veronica can do the amended notices so perhaps the two of you can work these things out...

**ADORNO YOSS ALVARADO & SMITH**

| **Vicki Warren** | |
|---|---|
| Santa Ana Office | ☎ (714) 852-6800 |
| Adorno Yoss Alvarado & Smith | ☎ Direct: (714) 852-6818 |
| 1 MacArthur Place, Suite 200 | ① Fax: (714) 852-6899 |
| Santa Ana, CA 92707 | ✉ vwarren@adorno.com |
| www.adorno.com | |

*"Life is not about waiting for the storms to pass...it's about learning how to dance in the rain."*

🌱 Before printing this e-mail - think if it is necessary.  Think Green!

NOTICE:  CONFIDENTIAL AND PRIVILEGED INFORMATION - This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited.  If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

**IRS Circular 230 Disclosure:** To insure compliance with requirements by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

# EXHIBIT E

**Christopher Yoo**

| | |
|---|---|
| **From:** | Veronica Delgado |
| **Sent:** | Wednesday, May 19, 2010 2:09 PM |
| **To:** | 'mnapaul1@gmail.com'; 'crovira@wrightlegal.net'; 'rfinlay@wrightlegal.net'; 'kermitdmarsh@yahoo.com' |
| **Cc:** | Christopher Yoo |
| **Subject:** | Nguyen v. Chase Bank-Deposition dates Continued (AL109.964) |
| **Importance:** | High |

Dear All:
This is to advise that the depositions set for May 20 and May 21 are now off calendar.

The new dates are as follows:

Depo of Laura Nguyen-May 27, 2010 at 10:00 am
Depo of Paul Nguyen-May 28, 2010 at 10:00 am

Amended Notices will be mailed today.

Thank you,

**ADORNO YOSS ALVARADO & SMITH**

| **Verónica Delgado** | | **Paralegal** |
|---|---|---|
| Santa Ana Office | ☎ | (714) 852-6800 |
| Adorno Yoss Alvarado & Smith | ☎ | Direct: (714) 852-6819 |
| 1 MacArthur Place, Suite 200 | ✆ | Mobile: |
| Santa Ana, CA 92707 | ✆ | Fax: (714) 852-6899 |
| www.adorno.com | ✉ | vdelgado@adorno.com |

🖪 Before printing this e-mail - think if it is necessary.  Think Green!

**NOTICE:  CONFIDENTIAL AND PRIVILEGED INFORMATION -** This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited.  If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

**IRS Circular 230 Disclosure:** To insure compliance with requirements by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

# EXHIBIT F

1                   UNITED STATES DISTRICT COURT

2                   CENTRAL DISTRICT OF CALIFORNIA

3

4

5    PAUL NGUYEN, an individual;        )
     and LAURA NGUYEN, an individual,)
6                                       )
                        Plaintiffs,)
7                                       )        No. CV09-4589 AHM (AJWx)
     vs.                                )
8                                       )
     Chase Bank USA, N.A.; Chase Home)
9    Finance, LLC; First American       )
     Loanstar Trustee Services;         )
10   Joseph Son Cao Tran, an            )
     Individual; and DOES 1 through     )
11   50, inclusive,                     )
                                        )
12                      Defendants.)
                                        )
13   _____)

14

15

16          Deposition of PAUL NGUYEN, taken on behalf of

17   the defendants, at 1 MacArthur Place, Suite

18   200, Santa Ana, California, commencing at

19   10:08 a.m., Thursday, May 27, 2010, before

20   Heather Susanne Ayers, Certified Shorthand

21   Reporter No. 11871.

22

23

24

25

                                 2

PAUL NGUYEN

BARKLEY
Court Reporters

1      Q.    This is the one in which you were set for

2  deposition on May 20th, I believe, which was last Thursday,

3  and my office received a call Wednesday, correct, indicating

4  that because -- you know, due to your wife -- you know, due

5  to your wife's schedule, that she had wanted to be deposed on

6  May 20th, and you wanted to be deposed on May 21st; correct?

7      A.    Correct.

8      Q.    And because of your request to, in essence,

9  switch the depositions, I simply rescheduled the depositions

10  to this week so we could have a clear understanding as to who

11  would be -- you know, when your wife would be deposed and

12  when you would be deposed; correct?

13      A.    Correct.

14      Q.    Okay.  And I'm going to mark as Exhibit 2 the

15  amended notice of deposition of Paul Nguyen.

16          (Exhibit 2 was marked for identification by the

17  deposition officer and is attached hereto.)

18  BY MR. YOO:

19      Q.    And have you seen Exhibit 2 before?

20      A.    Yes, I have.

21      Q.    And the amended notice of deposition of plaintiff

22  Paul Nguyen indicates that you are set to be deposed

23  tomorrow; correct?

24      A.    Correct.

25      Q.    But you informed me off the record that your wife

17

BARKLEY

1    is in transit, you know, via airplane, and she'll not be in

2    Orange County until about 3:00 p.m. today?

3         A.    Correct.

4         Q.    And that's the reason you came in place of her

5    and ask that I depose you first?

6         A.    Correct.

7         Q.    And will Ms. Nguyen be available for deposition

8    tomorrow at 10:00?

9         A.    Yes, she will.

10        Q.    Okay.   Both Exhibit 1 and Exhibit 2 -- Exhibit 2

11   is the amended notice of deposition -- requests for you to

12   produce certain documents.   Have you brought the documents

13   that are responsive?

14        A.    Yes, I have and -- yes, I have.

15        Q.    Is that the packet of documents that you produced

16   to me this morning?

17        A.    Yes.

18        Q.    Is there any other documents in your possession

19   that are responsive to the request for production of

20   documents besides what you brought today?

21        A.    Based on what I was able to locate, those I was

22   able to find today.

23        Q.    Okay.   Could there be any additional documents in

24   your possession or somewhere that would be responsive to

25   Chase's request for production of documents?

18

BARKLEY

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF ORANGE

*Paul Nguyen v. Chase Bank USA, N.A., et al.*

USDC Central Case No. CV09-4589 AHM (AJWx)

I am employed in the County of Orange, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is **AlvaradoSmith, 1 MacArthur Place, Santa Ana, CA 92707.**

On November 15, 2010, I served the foregoing document described as **DECLARATION OF S. CHRISTOPHER YOO IN RESPONSE TO ORDER DATED NOVEMBER 10, 2010** on the interested parties in this action.

☒   by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒   **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California.  The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐   **BY FACSIMILE MACHINE:**  I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐   **BY OVERNIGHT MAIL:**  I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707.  The envelope was deposited with delivery fees thereon fully prepaid.

☒   (Federal)  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on November 15, 2010, at Santa Ana, California.

*Veronica Delgado*
Veronica Delgado

1087365.2

1

# SERVICE LIST

2

*Paul Nguyen v. Chase Bank USA, N.A., et al.*
USDC Central Case No. CV09-4589 AHM (AJWx)

3

4

Paul Nguyen                                   (714) 360-7602-telephone
Laura Nguyen

5

16141 Quartz Street
Westminster, CA 92683                         **Plaintiffs in Pro Per**

6

7

T. Robert Finlay, Esq.                        (949) 477-5050-telephone
Christina Danielle Rovira, Esq.               (949) 477-9200-facsimile

8

Wright Finlay & Zak LLP
4665 MacArthur Court, Suite 280               **Attorney for Defendant, First**

9

Newport Beach, CA 92660                       **American Loanstar Trustee Services**

10

Kermit David Marsh, Esq.                      (714) 593-2321-telephone
Kermit D. Marsh Law Offices                   (714) 593-2399-facsimile

11

9550 Warner Avenue, Suite 250
Fountain Valley, CA 92708                      **Attorney for Defendant, Son Cao Tran**

12                                            **aka Doe 1**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA