JOHN M. SORICH (CA Bar No. 125223)
jsorich@AlvaradoSmith.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
CHASE BANK USA, N.A. and CHASE
HOME FINANCE LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NGUYEN, an individual; and LAURA NGUYEN, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> Chase Bank USA, N.A.; Chase Home Finance, LLC; First American Loanstar Trustee Services; Joseph Son Cao Tran, and Individual; and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO.: CV09-4589 AHM (AJWx) <br><br> JUDGE:   Hon. A. Howard Matz <br><br> **STIPULATION FOR SETTLEMENT CONFERENCE** <br><br> Action Filed:   June 25, 2009 |

This Stipulation for Settlement Conference ("Stipulation") is entered by and amongst defendants Chase Bank USA, N.A. ("Chase Bank") and Chase Home Finance LLC ("Chase Home," and collectively "Chase Defendants") and plaintiffs Paul Nguyen and Laura Nguyen (collectively "Plaintiffs"). Hereafter, Defendants and Plaintiff are collectively referred to as the "Parties."

Pursuant to the Court's suggestion, the Parties have agreed to a settlement conference in an effort to informally resolve this matter.

1     The Parties are amenable to a settlement conference before Judge Matz or any magistrate judge of the Central District.

3     The Parties wish to complete the settlement conference within next thirty (30) days.

5     Thus, the Parties request that the Court set a settlement conference before Judge Matz or any magistrate judge of the Central District.

Dated: December 1, 2010

ALVARADOSMITH
A Professional Corporation

By: /s/ S. Christopher Yoo
JOHN M. SORICH
S. CHRISTOPHER YOO
TUYET T. TRAN
Attorneys for Defendants
CHASE BANK USA, N.A. and CHASE HOME FINANCE LLC

DATED: December 1, 2010

By /s/ Paul Nguyen
PAUL NGUYEN
Plaintiff In Pro Per

DATED: December 1, 2010

By /s/ Laura Nguyen
LAURA NGUYEN
Plaintiff In Pro Per

---

2
STIPULATION FOR SETTLEMENT CONFERENCE

1162996.1

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

*Paul Nguyen v. Chase Bank USA, N.A., et al.*
USDC Central Case No. CV09-4589 AHM (AJWx)

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **AlvaradoSmith, 1 MacArthur Place, Santa Ana, CA 92707.**

On December 1, 2010, I served the foregoing document described as **STIPULATION FOR SETTLEMENT CONFERENCE** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on December 1, 2010, at Santa Ana, California.

*/s/ Veronica Delgado*
Veronica Delgado

## SERVICE LIST

*Paul Nguyen v. Chase Bank USA, N.A., et al.*
USDC Central Case No. CV09-4589 AHM (AJWx)

Paul Nguyen
Laura Nguyen
16141 Quartz Street
Westminster, CA 92683

(714) 360-7602-telephone

**Plaintiffs in Pro Per**

T. Robert Finlay, Esq.
Christina Danielle Rovira, Esq.
Wright Finlay & Zak LLP
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660

(949) 477-5050-telephone
(949) 477-9200-facsimile

**Attorney for Defendant, First American Loanstar Trustee Services**

Kermit David Marsh, Esq.
Kermit D. Marsh Law Offices
9550 Warner Avenue, Suite 250
Fountain Valley, CA 92708

(714) 593-2321-telephone
(714) 593-2399-facsimile

**Attorney for Defendant, Son Cao Tran aka Doe 1**