O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4589 AHM (AJWx) | Date | December 10, 2010 |
|---|---|---|---|
| Title | PAUL NGUYEN v. CHASE BANK USA, N.A., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court GRANTS the Parties' request to pursue a settlement conference. Magistrate Judge Wistrich has agreed to serve as the mediator. The Parties should contact Judge Wistrich's clerk of record to set a date for the mediation, with the expectation that the date probably will be in mid-January 2011. The Parties will be required to conform scrupulously to Judge Wistrich's rules and procedures for settlement conferences. The motions currently pending before this Court will be taken under submission pending the result of the settlement conference.

|   | : |   |
|---|---|---|
| Initials of Preparer | SMO | |