UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### Civil Minutes - General

Case No.  CV 09–4589-AHM(AJWx)                                  Date: December 15, 2010

Title: PAUL NGUYEN, ET AL. VS. CHASE BANK USA. N.A., ET AL.
================================================================================
**PRESENT:**

       **HON. ANDREW J. WISTRICH, U. S. MAGISTRATE JUDGE**

    Y. Benavides

    **Deputy Clerk**                                                                 **Tape No.**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**

**PROCEEDINGS:**      **ORDER SCHEDULING SETTLEMENT CONFERENCE**

The parties are directed to appear for a settlement conference on **January 10, 2011, 3:30  p.m.** in Courtroom "69O", Roybal Federal Building, 255 E. Temple Street, Los Angeles, California.

Unless otherwise authorized in advance by the Court, all persons whose consent is necessary to conclude a settlement must attend the conference in person.  This includes both the attorney who will try the case and the client or a representative of the client possessing full authority to settle the case.  There are three exceptions to this requirement.  First, parties or agents of parties who possess full authority to settle, and who reside outside of the Central District may be available by telephone, provided that they remain available by telephone, even after normal business hours, until released by the Court.  Second, if a proposed settlement must be presented for approval to a board or committee, the person whose recommendation normally is followed by the board or committee must be the person present or available by telephone.  Third, where the United States or an agency of the United States is a party, the attendance of the Assistant United States Attorney responsible for the case and armed with the full measure of settlement authority provided by the United States Attorney shall suffice.  Failure to comply with these requirements regarding attendance at the conference may result in continuance of the settlement conference and an award of sanctions for non-compliance.

Each party shall deliver a confidential settlement conference statement to the chambers of the Magistrate Judge on or before **January 3, 2011,** a settlement conference statement shall be in the form of a letter, and shall not exceed seven (7) single-spaced pages in length.  It shall be submitted in a sealed envelope clearly marked "confidential," shall not be filed, and shall be lodged for the purposes of the settlement conference only.  The settlement conference statement shall contain the following information: (a) a summary of the factual background of the case; (b) a summary of the important legal and factual issues presented by the case, and the submitting party's position on each issue; c) a description of the relief sought by or against the submitting party, and the submitting party's position as to how the amount of any damages sought should be calculated if liability is found; (d) a summary of any settlement

Page Two

negotiations (or other means of alternative dispute resolution) pursued, including the content and date of any offers of compromise made or received by the submitting party, and the content and date of any responses to such offers; (e) the discovery cutoff date, the motion cutoff date, the trial date, the pre-trial conference date, the estimated length of trial, and whether a court or jury trial is contemplated; and (f) any other relevant circumstances that counsel believe will assist the Court in conducting the settlement conference.

If the case involves disputed issues of law, citations to the most relevant legal authorities will assist the Court in preparing for the settlement conference.  If the case involves a contract, a patent, or other key documents, the parties should submit those materials to the Court along with their settlement conference statements.

**IT IS SO ORDERED.**


cc: Judge Nguyen
    Parties

|  | YB |
|---|---|
| Form 11 | _____ |
| Civ-Gen | Initials of Deputy Clerk |