UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  CV 09-4589-AHM(AJWx)                                      Date: December 16, 2010

Title    PAUL NGUYEN, ET AL. VS. CHASE BANK USA., N. A., ET AL.

Present: The
 Honorable    ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE

| Ysela Benavides | | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:                                   Attorneys Present for Defendant:

**Proceedings:**        ORDER RESCHEDULING SETTLEMENT CONFERENCE TIME

Due to a clerical error, the minute order dated December 15, 2010 stated the settlement conference is calendared for January 10, 2011 at 3:30 p.m.  The parties are informed the correct time for the settlement conference is 1:30 p.m. on January 10, 2011.

IT IS SO ORDERED.


cc:  Judge Matz
      Parties

                                                                                           :
                                                    Initials of Preparer   yb