**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. CV 09-4589 AHM (AJWx) Date: January 11, 2011

Title: PAUL NGUYEN, et al. v. CHASE BANK USA, NA, et al.

---

PRESENT: **HON. ANDREW J. WISTRICH, MAGISTRATE JUDGE**

Ysela Benavides — Deputy Clerk

Not Present — Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:

ATTORNEYS PRESENT FOR DEFENDANTS:

**ORDER REGARDING SETTLEMENT CONFERENCE**

The Court conducted a settlement conference in this case on January 11, 2011. Appropriate representatives of all parties were present. No settlement was achieved, but significant progress was made. The parties are directed to contact the clerk promptly for the purposes of scheduling a further settlement conference to occur within approximately three weeks.

**IT IS SO ORDERED.**

cc: Parties

3 : 00

Initials of Preparer____________

MINUTES FORM 11
CIVIL-GEN