1        UNITED STATES DISTRICT COURT

2    CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

3      HONORABLE A. HOWARD MATZ, U.S. DISTRICT JUDGE

4                    – – –

# COPY

7                              )
PAUL NGUYEN, ET AL.,          )
8                              )
              PLAINTIFFS,     )
9                              )
        vs.                   ) No. CV09-4589-AHM(AJWx)
10                             )
CHASE BANK USA, NA, ET AL.,   )
11                             )
              DEFENDANTS.     )
12  _____)

15      REPORTER'S TRANSCRIPT OF PROCEEDINGS

16          LOS ANGELES, CALIFORNIA

17         MONDAY, AUGUST 23, 2010

18              11:00 A.M.

22    _____

23        CINDY L. NIRENBERG, CSR 5059
          U.S. Official Court Reporter
24        312 North Spring Street, #438
          Los Angeles, California 90012
25          *www.cindynirenberg.com*

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1   APPEARANCES OF COUNSEL:

2

3   FOR THE PLAINTIFFS:

4                          PAUL NGUYEN, PRO SE
                           LAURA NGUYEN, PRO SE
                           16141 QUARTZ STREET
5                          WESTMINSTER, CA 92683
                           714-360-7602

6

7

8   FOR THE DEFENDANTS:
                           ALVARADO SMITH
                           BY: KATHERINE AGBAYANI, ATORNEY AT LAW
9                          1 MACARTHUR PLACE
                           SUITE 200
10                         SANTA ANA, CA 92707
                           714-852-6800

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1                          I N D E X

2

3     *COMMENTS BY:*                    *PAGE*

4     THE COURT                          5
      MR. NGUYEN                        14
5     MS. AGBAYANI                      16
      MR. NGUYEN                        20
6     THE COURT                         20

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              LOS ANGELES, CALIFORNIA; MONDAY, AUGUST 23, 2010

 2                          11:00 A.M.

 3                          - - - - -

 4              THE CLERK:  Calling Item Number 4, CV09-4589, Paul

 5   Nguyen, et al., versus Chase Bank USA, NA, et al.

 6              Will you please state your name for the record, sir.

 7              MR. NGUYEN:  Good morning, Your Honor.  Paul Nguyen,

 8   N-G-U-Y-E-N, plaintiff.

 9              THE COURT:  Okay.  Good morning.

10              MS. AGBAYANI:  Good morning, Your Honor.  Katherine

11   Agbayani, A-G-B-A-Y-A-N-I, on behalf of Chase.

12              THE COURT:  All right.  And good morning to you.  You

13   both may be seated.

14              We're supposedly here for the pre-trial conference,

15   and this case is the latest vexing case involving an attempt at

16   foreclosure of a home by Chase Bank USA or Chase Home Finance

17   or both.  There are other parties to the case in which the

18   plaintiff, primarily Paul Nguyen --

19              Is that Laura Nguyen in the courtroom, too?

20              MR. NGUYEN:  Yes, Your Honor.

21              THE COURT:  Bring her up here.  She should sit at the

22   counsel table.

23              The two plaintiffs --

24              You're husband and wife, right?

25              MR. NGUYEN:  Correct, Your Honor.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    THE COURT:  -- are proceeding pro se, no lawyer.

2    Now, Ms. Agbayani, it's your unfortunate fate to be

3    the lawyer from the firm representing Chase, the Adorno Yoss

4    firm, who has to deal with the consequence of what other

5    lawyers at the firm may have been responsible in doing.

6    What I'm about to do in fairness to you is recite

7    orally some prior procedural developments in this case, because

8    as I sit here right now, I think the basis is not only clear,

9    but compelling to enter a judgment in favor of the plaintiffs

10   against at least the two Chase entities and possibly First

11   American LoanStar, which will, of course, obviate any trial or

12   moot any trial and preclude the need to conduct any of the

13   usual matters that are addressed at a pre-trial conference.

14   I will start with the Scheduling Case Management

15   Order, which is Docket Number 90 I think in this case, that was

16   filed in this case on November 2nd, 2009.

17   On Page 12 of that order there is a provision in

18   Paragraph C-3 entitled Consequences of Noncompliance.  It reads

19   as follows, quote, "If counsel fail to file the required

20   pre-trial documents or fail to appear at the pre-trial

21   conference and such failure is not otherwise satisfactorily

22   explained to the Court, (a) the cause shall stand dismissed for

23   failure to prosecute, if such failure occurs on the part of the

24   plaintiff, (b) default judgment shall be entered if such

25   failure occurs on the part of the defendant; or (c) the Court

1   may take such action as it deems appropriate."

2          That notice is clear and plain, but even if it were

3   not totally unambiguous, it would have been clear to a reader

4   that it was important because it was placed in bold print.

5          Now, on August 3rd of 2009, before the pre-trial --

6   before the Scheduling Case Management Order had been filed and

7   issued to the parties, I issued a preliminary injunction.  I

8   previously had issued a temporary restraining order.

9          The preliminary injunction, which as my later

10  recitals will reflect, was violated three times by the

11  defendant Chase entities.  It specifically said on Page 10 --

12  this is docket Number 36, I believe -- quote, "...the Court

13  enjoins Chase Bank and Chase Home directly or indirectly from

14  proceeding with the foreclosure and sale of the residence

15  located at 16141 Quartz," Q-U-A-R-T-Z, "Street in Westminster,

16  California."

17         That was the concluding language of a lengthy order

18  that set forth in very careful detail the procedural history of

19  the case, the claims for relief that the plaintiffs had filed,

20  the evidence supporting those claims and the standards a Court

21  is required to apply in determining whether to issue equitable

22  relief such as an injunction.

23         Page 2 of that August 3rd, 2009 order noted the first

24  of a repeated series of -- sometimes they can be dismissed as

25  mere miscues and sometimes as flat-out violations.  This one

1  may have been a miscue, but it noted early on in the history of

2  this case that defendants Chase Bank and Chase Home had filed a

3  late opposition to the ex parte application for a TRO that the

4  plaintiffs had initially sought.

5          Their late opposition contained the somewhat lame

6  excuse that they did not know the July 17th, 2009 deadline to

7  respond to that application until July 23rd, 2009 when they

8  checked Pacer, so I issued a preliminary injunction.

9          I noted before that that injunction appears to have

10  been violated three times, including very recently.

11         The record will reflect that after receiving visits

12  from prospective purchasers in October 2009, purchasers he

13  hadn't sought or invited because he didn't want to sell the

14  house, the plaintiff, Mr. Nguyen, called the trustee, First

15  American LoanStar Trustee Services, noting that there had been,

16  notwithstanding the August 3rd, 2009 order, a foreclosure sale

17  scheduled for December 3rd, 2009.  The Nguyens brought a motion

18  for contempt, an OSC seeking an order of contempt.

19         On November 17th, 2009, I declined to impose the

20  contempt sanctions that the plaintiffs had sought, but in the

21  order denying the motion for the Order to Show Cause, an order

22  that the Adorno Yoss firm itself appeared, although I denied

23  the motion for sanctions and for a contempt citation, on Page 2

24  I said, quote, "The Court orders," in capital letters,

25  "DEFENDANTS to cancel the subject foreclosure sale and any

1    other foreclosure proceedings related to the subject property

2    pending resolution of this case."

3              But the same thing happened a second time.  And in

4    January of 2010, January 4th, the plaintiffs filed another

5    motion for an OSC alleging -- and the defendants did not

6    dispute -- that the defendants had recorded with the Orange

7    County recorder a notice of trustee sale dated December 21st,

8    2009.  That was after my November order denying a contempt

9    citation but renewing the injunction.

10             The plaintiffs established that on December 31st

11   2009, LoanStar had posted a notice of the sale on the entry

12   door to the plaintiffs' residence.  The plaintiffs sought an

13   order of contempt and sanctions.

14             In opposing that motion, Chase submitted evidence

15   that at least on November 16th, their counsel had sent an

16   e-mail to LoanStar's counsel notifying Lone Star that I had

17   ordered the cancellation of all foreclosure proceedings and

18   instructing them to cancel the sale that was then in effect, so

19   I declined to impose sanctions for a second time, but in the

20   order dated January 26th, 2010 -- I believe it's Docket Number

21   105 -- I stated at the bottom of Page 2, "If in the future any

22   defendant, especially LoanStar, violates the Court's August

23   3rd, 2009 and November 17th, 2009 orders, the Court will be

24   readily inclined to find the basis for a contempt citation and

25   to impose such sanctions."

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1      Now, let's jump ahead to a more recent third

2    violation.  It's one that was called to my attention by the

3    plaintiff Mr. Paul Nguyen when he responded to my OSC for his

4    failure to file a pre-trial conference statement.  And he

5    noted -- after discussing some conversations with Mr. Yoo and

6    with someone named Tuyet, T-U-Y-E-T, Tran, T-R-A-N, he noted

7    that there had been a third Notice of Default, an election to

8    sell under the Deed of Trust that had been filed.  And Exhibit

9    1 to Mr. Nguyen's declaration contained that document.  It was

10   filed with the appropriate Orange County clerk's recorder

11   office, and it was filed by Chase Home Finance LLC, care of

12   NDEX, N-D-E-X, all caps, West LLC.

13      Page 2 says, "To find out the amount you must pay or

14   to arrange for payment to stop the foreclosure or if your

15   property is in foreclosure for any other reason, contact Chase

16   Home Finance LLC."

17      My August 3rd, 2009 order didn't work.  My November

18   17th, 2009 order didn't work.

19       Mr. Nguyen, who has been doing the fighting on

20   behalf of both plaintiffs, had to deal with that effort and

21   once again go through the hoops of contacting the Adorno Yoss

22   firm, who later told him that the Notice of Default had been

23   rescinded.  That notice came to Mr. Nguyen from Tuyet Tran at

24   the Adorno Yoss firm.  It's Exhibit 3 to Mr. Nguyen's OSC

25   response.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    So we had three violations of a preliminary

2  injunction, two efforts that I declined to honor to impose

3  sanctions.

4    We had a scheduling order that required pre-trial

5  documents to be filed by the required filing date of August

6  9th, and counsel for the defendants Chase entities failed to

7  file such a document, so I issued an order to show cause to the

8  Adorno firm and got a really startling response.

9    It was filed by Mr. Yoo.  And I don't have the docket

10  number, but it appears to have been filed -- I think it's

11  Document Number 110.  It was filed on August 20th, 2010, so

12  that would have been Friday.

13    Mr. Yoo tells me that on May 27th, 2010, he took the

14  deposition of Paul Nguyen, and as a result, quote -- this is

15  Paragraph 3 of Mr. Nguyen's declaration, quote, "After the

16  depositions, it became apparent that the central contention of

17  plaintiffs was that the signature of Laura Nguyen on the

18  subject Deed of Trust was forged," end quote.

19    I want to stop there and express my bewilderment that

20  Mr. Yoo could represent to me in a sworn declaration that it

21  became apparent that this was the central contention after the

22  depositions.  It was already the contention in the Second

23  Amended Complaint and previously.

24    The notion of the alleged forgery of Laura Nguyen's

25  signature was central to the whole lawsuit right from day one.

1          The schedule that I had imposed for the handling and

2     prosecution and defense of this case had required that all

3     discovery be completed on May 24th, 2010.

4          The deposition that Mr. Yoo took was after that.

5     It's okay.  Mr. Nguyen showed up.  Mr. Yoo had a right to

6     conduct the deposition.

7          It's preposterous for Mr. Yoo to represent that

8     because of that deposition, he decided that he would have to

9     seek an amendment to the state of the pleadings to bring what

10    he claims would be a cross-claim and a counterclaim.  The last

11    day to amend had long since come and gone.  It was January 11th

12    of 2010.

13         There was plenty of basis for Mr. Yoo to know that

14    if, in fact, the document was forged, as the Nguyens had been

15    claiming all along, and if Chase wanted to take some steps to

16    deal with that, they had the notice in the Second Verified

17    Amended Complaint, which was filed on November 23rd, and I

18    think before that.

19         So Mr. Yoo then tells me he had communications with

20    Paul Nguyen and requested that plaintiffs agree to a

21    stipulation to continue the trial date -- no such stipulation

22    was ever filed, ever -- to allow the defendants to file

23    cross-claims against some entities.

24         Now, that startling disclosure came like a thunder

25    bolt to Mr. Yoo apparently on May 27th, but until now,

1  including last Friday, August 20th, he took no steps to propose

2  a written stipulation, to get a written stipulation, to attach

3  the stipulation to a motion to amend, and I think I know why.

4        I don't think it's just the crush of cases that Chase

5  has chosen to entrust to the Adorno Yoss firm.  The claims that

6  Mr. Yoo in his declaration of last Friday tells me he wants to

7  bring are claims for indemnity against Chase's own insurance

8  company.  They sought a defense of this case and indemnity.

9        Those claims don't even have to be raised in this

10  case.  California law is very clear.  The case could be

11  completed, and the claims for indemnity, if there is a monetary

12  judgment or some other claim, or even retroactive payment of

13  fees for a defense, would not necessarily be belated at all.  I

14  don't think he really cared.  But maybe he did and just got

15  swept up.  I don't have a basis to make a finding.  Either way,

16  I wasn't informed about this.

17        And Chase, unlike the plaintiffs, to whom a certain

18  degree of, if not deference, at least a flexibility the Court's

19  permit given that they're pro se, Chase has been represented by

20  experienced counsel all along.

21        So not for the first time, I receive an apology from

22  Mr. Yoo on Paragraph 7 of his August 20th declaration asking

23  for leave to prosecute the cross-claims.

24        In case it isn't clear from all that I've been

25  building up to finding, I will not grant that request.  It's

1    ridiculously belated, it lacks merit.  It doesn't fall within

2    the scope of Rule 15, and I will not grant that request.

3            I note that one of the reasons why it lacks merit is

4    that according to Paragraph 11, which attaches the proposed

5    cross-claims and counterclaims, there is an entirely new party,

6    JPMorgan, that Mr. Yoo wants to add to this troubled case

7    claiming that it is the current beneficiary of the subject Deed

8    of Trust.  Perhaps it is.  I don't challenge that.  It's just

9    another example of the shell game, as I've sometimes

10   characterized it, that these lenders engage in.  So any claim

11   on behalf of JPMorgan is within the scope of my ruling that the

12   request for leave to file the cross-complaint and the

13   counterclaim be denied.

14           Now, Mr. Nguyen responded to Mr. Yoo's declaration by

15   pointing out that he never agreed to allow Chase, whose

16   dilatory behavior had gone on for months given the January 2010

17   deadline for amending pleadings, to come in and file a

18   counterclaim against him.  And I believe that.  That's what Mr.

19   Nguyen says under oath, and it makes sense.  Why would he

20   permit a lender to counterclaim against him for whatever they

21   want to counterclaim when they were barred from doing so by my

22   scheduling order?  So that's part of what I referred to.

23           Now, it goes on:  Violation of my Scheduling Case

24   Management Order; violations of the TRO, several of them; and

25   the preliminary injunction.

```
 1            I believe the Adorno Yoss firm also violated the
 2   minutes and rulings I issued at the scheduling conference,
 3   Docket Number 89, that the defendants notify Magistrate Judge
 4   Wistrich that he had been designated as the settlement judge,
 5   secure a date for the mediation and file a status report with
 6   me confirming what that date was.  I never got any such status
 7   report from the defendants despite the fact that my order was
 8   clear.
 9            Can you tell me, please, Ms. Agbayani, whether any
10   mediation was ever conducted before Judge Wistrich.
11            MS. AGBAYANI:  I do not have information as to that,
12   Your Honor.  Plaintiff may have that.
13            THE COURT:  I'll ask plaintiffs, then.
14            Mr. Nguyen, was there ever a mediation conducted
15   before Judge Wistrich?
16            MR. NGUYEN:  No, Your Honor.
17            THE COURT:  Did you ever discuss with any lawyer from
18   the firm representing Chase Bank what should be done to comply
19   with my requirement and the parties -- and this was your
20   requirement as well --
21            MR. NGUYEN:  Yes, Your Honor.
22            THE COURT:  -- to pursue in good faith settlement?
23            MR. NGUYEN:  Yes, Your Honor.
24            THE COURT:  Tell me about those discussions.
25            MR. NGUYEN:  I spoke to Mr. Yoo and Mr. Tran, who is
```

1   also co-counsel on the case, concerning the settlement before

2   Judge Wistrich.

3          They said they will have Veronica, who is their

4   secretary or somebody who was their assistant, to schedule with

5   Judge Wistrich, but I never heard from them.

6          On -- sometime in June -- I don't -- I have to go

7   back and take a look at my hand notes (sic), I contacted the

8   clerk of Judge Wistrich and she said that she cannot schedule

9   any mediation or settlement before the judge because the

10  deadline has already passed.

11         THE COURT:  That's the deadline that I had set in the

12  Scheduling Case Management Order.

13         MR. NGUYEN:  Correct, Your Honor, because as part of

14  our conversation with madam clerk for Judge Wistrich, she

15  pulled up the docket information and reviewed them and that was

16  her conclusion.

17         THE COURT:  Okay.  So if Mr. Nguyen's recollection is

18  accurate -- I have no reason to doubt that it is -- that's yet

19  another violation.

20         I think I have displayed considerable patience in

21  dealing with Mr. Yoo in this case and other cases -- there have

22  been quite a few -- and with that firm, but I no longer will do

23  so.

24         These repeated violations, aggravated by the fact

25  that the plaintiffs in this case, as in so many other and a few

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    involving Chase, are proceeding without the assistance and

2    benefit of lawyers cannot be rewarded and will not be.

3           The basis is clear for the entry of a judgment

4    against Chase, and that would include Chase Bank USA NA, Chase

5    Home Finance LLC.

6           Precisely what the judgment will consist of is what I

7    want to turn to next.

8           MS. AGBAYANI:  Your Honor, may I speak?

9           THE COURT:  Just one moment, Ms. Agbayani.

10          The claims against Joseph Tran have been dismissed.

11   I received that document before.  We have an issue about First

12   American LoanStar.

13          Is that what you were going to ask about?

14          MS. AGBAYANI:  No, Your Honor.  I would just like to

15   address the entry of judgment against Chase.

16          THE COURT:  Go right ahead.

17          MS. AGBAYANI:  Your Honor, we do apologize for not

18   filing the proposed cross-complaint.  Our office has been in

19   contact with Mr. Nguyen about the filing of these cross-claims,

20   and Mr. Yoo has been in constant trial since July.

21          THE COURT:  How many lawyers are at your firm, Ms.

22   Agbayani?

23          MS. AGBAYANI:  Your Honor, in our team, I believe

24   there are about nine associates.

25          THE COURT:  Okay.  The declaration that Mr. Yoo filed

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    just last week has Mr. Sorich's name, S-O-R-I-C-H, Mr. Yoo's

2    name, Tuyet Tran's name.  That's three lawyers, and now you're

3    here as the fourth lawyer.

4          I practiced law for a lot of years.  Your firm is a

5    firm.  Mr. Yoo is not a sole practitioner.  Your firm has the

6    duty to its clients, all of them, including Chase, to staff

7    things in a way that enable the firm on behalf of its clients

8    to comply with court orders.

9          So I have no problem with Mr. Yoo trying a case.

10   That does not excuse the firm and Mr. Yoo from complying with

11   my orders.

12         What's the next point you wish to make?

13         MS. AGBAYANI:  Your Honor, as to our cross-claims,

14   Mr. Yoo and plaintiff have been in contact about a revision as

15   to the cross-claims.

16         Our firm agreed to take out claims against plaintiff

17   and to just have the claims against the other parties.  Your

18   Honor, the other parties are the ones who had direct contact

19   with plaintiff.

20         THE COURT:  But you had no claims against plaintiff.

21   There were no counterclaims pending.

22         MS. AGBAYANI:  Yes.

23         THE COURT:  This was a lawsuit brought by plaintiffs

24   against your client.  We're on the eve of trial.  My orders

25   were very clear about the filing of documents, very clear about

1    the injunctions and the TRO.

2            You're telling me, I think, that you thought you had

3    some kind of understanding with the pro se plaintiff that maybe

4    you wouldn't file a counterclaim against him -- although you

5    are seeking leave to do it -- so you figured I'd go along with

6    it?

7            MS. AGBAYANI:  No, Your Honor.  It's not a

8    cross-claim against plaintiff.  It's a claim against the other

9    parties who were in direct contact with plaintiff in the

10   issuance of this loan.

11           Our proposed cross-claim would be as to Joseph Tran,

12   Sydney Funding, Angel Tran, Nexus Escrow.  And the copy of the

13   proposed cross-claims and counterclaims filed with the

14   declaration last Friday was revised over the weekend.

15           And I did speak with Mr. Nguyen prior to the hearing

16   where we --

17           THE COURT:  But I was working here yesterday.  It

18   doesn't mean that you have a right to assume that what happens

19   over a weekend is binding on the judge.  Okay?

20           MS. AGBAYANI:  I'm not saying that, Your Honor.  I

21   apologize if that was the message that I conveyed, but I'm just

22   trying to let the Court know that to enter a judgment against

23   Chase Bank and Chase Home Finance would result in inequity

24   because we are just trying to get the other parties who were

25   involved in the issuance of the loan and have them be held

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

 1    accountable for the alleged acts that they did.

 2           THE COURT:  You can sue them in state court if you

 3    want to.  You are not going to be barred from every courthouse

 4    door, but I really take exception to what somebody at your firm

 5    must have put you up to doing today, Ms. Agbayani, because

 6    before me attached to Mr. Yoo's declaration, filed as recently

 7    as three days ago last Friday, was a proposed first

 8    counterclaim against Paul Nguyen and Laura Nguyen.

 9           When you realized that that was preposterous, you may

10    have changed gears over the weekend.  That has zero basis to

11    permit you to sue anybody, including the cross-claimants, even

12    if you dropped the counterclaims against Paul Nguyen and Laura

13    Nguyen.

14           You are so untimely and it is so prejudicial and so

15    disruptive to the fair administration of justice that the

16    equities require just the opposite.  Your firm is just going to

17    have to get down to serious business or else stop accepting too

18    many cases for a client who may be important, but whose

19    interests it's not properly serving.

20           Is there any other reason that you can think of why I

21    should not enter a judgment against Chase?

22           MS. AGBAYANI:  Again, Your Honor, the reason that I

23    can think of is that our firm has been in contact with Mr.

24    Nguyen and he is agreeable to the continuance of the trial.

25    And I spoke with him earlier today and I agreed to revise

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    everything -- to take out any claims against plaintiffs.

2            THE COURT:  Mr. Nguyen is a pro se plaintiff.  He

3    doesn't understand all the considerations the judge is entitled

4    to consider and that I have considered.  Whatever Mr. Nguyen

5    told you, he told you before I started to speak in this

6    courtroom.

7            Is that correct, Mr. Nguyen?

8            MR. NGUYEN:  That's correct, Your Honor.

9            THE COURT:  Do you prefer to go to trial or do you

10   prefer to have a judgment entered against Chase?

11           MR. NGUYEN:  Preferably, I would prefer to have a

12   judgment against Chase, but even go to trial.  I'm prepared to

13   go.  I already paid for the expert witness to provide testimony

14   as far as authenticity of the signatures, but preferably, of

15   course, I would prefer the Court to enter the judgment.

16           THE COURT:  Okay.  Well, I'm going to enter a

17   judgment for all of the reasons I've recited.  Precisely what

18   the terms of the judgment are may require further discussion

19   both here in this hearing with the limited amount of time I

20   still have and also between the plaintiffs and counsel for

21   Chase.

22           I don't know exactly -- and I've looked over the

23   proposed pre-trial conference order that you submitted.  I

24   don't know exactly what relief you want.

25           You want the loan rescinded, right?  That's the first

1    thing you want?

2              MR. NGUYEN:  That is correct, Your Honor.

3              THE COURT:  You want the Deed of Trust voided and

4    cancelled?  That's the second thing you want?

5              MR. NGUYEN:  That is correct, Your Honor.

6              THE COURT:  You want the safety of what is commonly

7    referred to as a quiet title declaration that you own the

8    property unencumbered, right?

9              MR. NGUYEN:  That's correct, Your Honor.

10             THE COURT:  Anything else you want?

11             MR. NGUYEN:  And also on the Second Amended Complaint

12   as prayed, I'm asking for forfeiture of the loan because we did

13   make the tender and they refused to accept the tender offer as

14   part of the rescission.

15             THE COURT:  And if I were to award forfeiture, what

16   would that result in?

17             MR. NGUYEN:  It would result in the discharge of the

18   obligation under the Regs E of returning the money to Chase.

19             THE COURT:  You are prepared to return the money to

20   Chase?

21             MR. NGUYEN:  I was prepared as part of the

22   rescission, make a tender offer to Chase to complete the tender

23   and to rescind the loan, but Chase refused to.

24             THE COURT:  I remember that.

25             Okay.  Before I decide exactly what the next step

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   will be, assuming -- and you now have a basis to assume -- that

 2   I am receptive to entering a judgment in favor of the

 3   plaintiffs against the Chase entities that will rescind the

 4   loan, void the Deed of Trust, and probably -- I have to look

 5   into this further -- provide the relief of forfeiture.  I just

 6   am not currently clear exactly what that consists of.

 7        MR. NGUYEN:  I will be more than happy to brief the

 8   Court.

 9        THE COURT:  Well, what you should do is propose a

10   judgment and send it to the lawyers for Chase.  But before we

11   get to precisely when and how you will do that, if you get the

12   judgment that I've just been describing in general terms that I

13   believe you are entitled to, you don't intend to continue with

14   any claims against First American LoanStar, do you?

15        MR. NGUYEN:  I do not, Your Honor, because as the

16   trustee, they only act based on the instruction given by the

17   beneficiary who is Chase Home LLC in this case.

18        THE COURT:  Okay.  So we'll hold in abeyance any

19   claims against First American LoanStar.  I may issue an order

20   to show cause why I should not sanction them for failing to

21   comply with the requirements of the pre-trial -- of the Case

22   Management Order, especially the filing of a pre-trial

23   conference.  They had an independent duty.

24        Your firm doesn't represent them, correct?

25        MS. AGBAYANI:  No, Your Honor.
```

1     THE COURT:  Meaning that it is correct?

2     MS. AGBAYANI:  It is correct, Your Honor.  We do not

3  represent them.

4     THE COURT:  All right.  I will take care of First

5  American LoanStar independently.

6     Now, the fastest way to resolve this matter, Mr.

7  Nguyen -- you've done a commendable job, better than most

8  individual litigants lacking a lawyer.  Getting a judgment that

9  provides you with the relief to which you are entitled requires

10  care.  And I'll leave it to you to decide how you want to go

11  about determining what the language should be, but I want you

12  to propose a judgment -- and you go back and explain to your

13  partners; it's too bad that you have to be the messenger, but

14  someone has to be, Ms. Agbayani -- that this is my ruling.

15  Judgment will be entered against Chase, Chase Bank and Chase

16  Home Finance.

17     Don't even bother trying to file a motion for

18  reconsideration.  I've considered all of the applicable

19  factors.

20     The only question is what will be the provisions of

21  the judgment.  It doesn't sound like there will be any monetary

22  relief in terms of damages, and I'm not receptive to that.

23     So you propose a judgment and you communicate it to

24  counsel for Chase by not later than one week from today.

25     Your firm, Ms. Agbayani, must respond to that by not

1    later than Wednesday of that week.  Okay?

2             You can look over the judgment for three days and

3    respond by e-mail.

4             MS. AGBAYANI:  By next Wednesday, Your Honor?

5             THE COURT:  Yes.  You will get it by not later than

6    Monday.

7             You respond to it by not later than Wednesday.

8             You reply to the response by the following Friday,

9    Mr. Nguyen, and see if both sides can agree on what the

10   language will say.

11            Now, this will not deprive Chase of the right to

12   appeal.  You will have the right to appeal my ruling.  Nothing

13   that you do in cooperating with Mr. Nguyen will deprive your

14   client of its appellate rights, so don't worry about being

15   perceived as impliedly consenting to the judgment; it is not a

16   consent judgment.  It is an ordered, mandated judgment, so you

17   can appeal it, but not until the judgment is entered, of

18   course.

19            If you don't reach an agreement on the judgment, then

20   you should file a motion for the entry of a judgment containing

21   the language to which you think you are entitled by September

22   13th, which is three weeks from today.

23            Does that give you enough time, Mr. Nguyen?

24            MR. NGUYEN:  Yes, Your Honor.  We have retained

25   counsel for purposes of trial, and I'm going to utilize his

1    service for the judgment and other --

2             THE COURT:  All right.

3             MS. AGBAYANI:  Your Honor, just to clarify, the

4    judgment is to rescind the loan and void the Deed of Trust and

5    maybe forfeiture --

6             THE COURT:  Right.

7             MS. AGBAYANI:  -- of the loan; is that correct, Your

8    Honor?

9             THE COURT:  That's about it.

10            MS. AGBAYANI:  And there's no damages awarded?

11            THE COURT:  Right.  Now, there may be an exchange of

12   moneys.  I don't know how that will work because the rescission

13   could contemplate that, but no monetary damages as

14   compensation.

15            MR. NGUYEN:  May I ask the Court, and it may construe

16   it as stupid, as far as the costs of prosecuting the action --

17            THE COURT:  Look, the costs you would be entitled to.

18   You will be the prevailing party.  So deposition costs and

19   things like that that come within the realm of costs

20   automatically flow, but not every dollar that you spend is

21   necessarily a cost that you are legally entitled to recover.

22            MR. NGUYEN:  Yes, Your Honor.

23            THE COURT:  All right.

24            MS. AGBAYANI:  And we will contemplate that the money

25   exchange, Your Honor, as to the rescission of the loan.

```
 1              THE COURT:  Pardon me?

 2              MS. AGBAYANI:  You indicated, Your Honor, that there

 3     may be some money exchanged because of the recision.

 4              THE COURT:  I'll have to see what the judgment

 5     provides for.  You negotiate that, and then we'll see what the

 6     dates would be and the like.  You just work in good faith with

 7     Mr. Nguyen or his lawyer.

 8              MS. AGBAYANI:  Thank you, Your Honor.

 9              THE COURT:  All right.  We're adjourned.

10              MR. NGUYEN:  Thank you, Your Honor.

11              Do I need to prepare the court proceeding or --

12              THE COURT:  No.  There will be minutes that go out.

13              MR. NGUYEN:  Thank you, Your Honor.

14              THE COURT:  You might want to get the transcript that

15     reflects my finding.  I'm sure Ms. Agbayani is going to order

16     that.

17              MR. NGUYEN:  Thank you, Your Honor.

18          (Proceedings concluded.)

19                          --oOo--

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1

2

3

4                            CERTIFICATE

5

6        I hereby certify that pursuant to Section 753,

7    Title 28, United States Code, the foregoing is a true and

8    correct transcript of the stenographically reported

9    proceedings held in the above-entitled matter and that the

10   transcript page format is in conformance with the

11   regulations of the Judicial Conference of the United States.

12

13   Date: JANUARY 31, 2011

14

15                    _____

16                    Cindy L. Nirenberg, CSR No. 5059

17

18

19

20

21

22

23

24

25

**-**
- [1]  26/19

**.**

**...the** [1]  6/12

**1**
**10** [1]  6/11
**105** [1]  8/21
**11** [1]  13/4
**110** [1]  10/11
**11:00** [2]  1/18 4/2
**11th** [1]  11/11
**12** [1]  5/17
**13th** [1]  24/22
**15** [1]  13/2
**16141** [2]  2/4 6/15
**16th** [1]  8/15
**17th** [4]  7/6 7/19 8/23 9/18

**2**
**200** [1]  2/9
**2009** [15]  5/16 6/5 6/23 7/6 7/7 7/12 7/16
  7/17 7/19 8/8 8/11 8/23 8/23 9/17 9/18
**2010** [9]  1/17 4/1 8/4 8/20 10/11 10/13
  11/3 11/12 13/16
**2011** [1]  27/13
**20th** [3]  10/11 12/1 12/22
**21st** [1]  8/7
**23** [2]  1/17 4/1
**23rd** [2]  7/7 11/17
**24th** [1]  11/3
**26th** [1]  8/20
**27th** [2]  10/13 11/25
**28** [1]  2/7
**2nd** [1]  5/16

**3**
**31** [1]  27/13
**312** [1]  1/24
**31st** [1]  8/10
**36** [1]  6/12
**3rd** [6]  6/5 6/23 7/16 7/17 8/23 9/17

**4**
**438** [1]  1/24
**4589** [1]  4/4
**4th** [1]  8/4

**5**
**5059** [2]  1/23 27/16

**6**
**6800** [1]  2/10

**7**
**714-360-7602** [1]  2/5
**714-852-6800** [1]  2/10
**753** [1]  27/6
**7602** [1]  2/5

**8**
**89** [1]  14/3

**9**
**90** [1]  5/15
**90012** [1]  1/24
**92683** [1]  2/5
**92707** [1]  2/10
**9th** [1]  10/6

**A**
**A-G-B-A-Y-A-N-I** [1]  4/11
**A.M** [2]  1/18 4/2

**abeyance** [1]  22/18
**about** [13]  5/6 12/16 14/24 16/11 16/13
  16/19 16/21 17/10 17/25 17/25 23/11
  24/14 25/9 26/9
**above** [1]  27/9
**above-entitled** [1]  27/9
**accept** [1]  21/13
**accepting** [1]  19/17
**according** [1]  13/4
**accountable** [1]  19/1
**accurate** [1]  15/18
**act** [1]  22/16
**action** [2]  6/1 25/16
**acts** [1]  19/1
**add** [1]  13/6
**address** [1]  16/15
**addressed** [1]  5/13
**adjourned** [1]  26/9
**administration** [1]  19/15
**Adorno** [7]  5/3 7/22 9/21 9/24 10/8 12/5
  14/1
**after** [6]  7/11 8/8 9/5 10/15 10/21 11/4
**again** [2]  9/21 19/22
**against** [26]  5/10 11/23 12/7 13/18
  13/20 16/4 16/10 16/15 17/16 17/17
  17/20 17/24 18/4 18/8 18/8 18/22 19/8
  19/12 19/21 20/1 20/10 20/12 22/3
  22/14 22/19 23/15
**Agbayani** [11]  2/8 3/5 4/11 5/2 14/9 16/9
  16/22 19/5 23/23 25/25 26/15
**aggravated** [1]  15/24
**ago** [1]  19/7
**agree** [2]  11/20 24/9
**agreeable** [1]  19/24
**agreed** [3]  13/15 17/16 19/25
**agreement** [1]  24/19
**ahead** [2]  9/1 16/16
**AHM** [1]  1/9
**AJWx** [1]  1/9
**al** [4]  1/7 1/10 4/5 4/5
**all** [16]  4/12 8/17 9/12 11/2 11/15 12/13
  12/20 12/24 14/6 20/3 20/17 23/4 23/18
  25/2 25/23 26/9
**alleged** [2]  10/24 19/1
**alleging** [1]  8/5
**allow** [2]  11/22 13/15
**along** [3]  11/15 12/20 18/5
**already** [3]  10/22 15/10 20/13
**also** [4]  14/1 15/1 20/20 21/11
**although** [2]  7/22 18/4
**Alvarado** [1]  2/8
**am** [2]  22/2 22/6
**amend** [2]  11/11 12/3
**Amended** [3]  10/23 11/17 21/11
**amending** [1]  13/17
**amendment** [1]  11/9
**American** [6]  5/11 7/15 16/12 22/14
  22/19 23/5
**amount** [2]  9/13 20/19
**Ana** [1]  2/10
**and a** [1]  15/25
**Angel** [1]  18/12
**ANGELES** [3]  1/16 1/24 4/1
**another** [3]  8/4 13/9 15/19
**any** [16]  5/11 5/12 5/12 7/25 8/21 9/15
  13/10 14/6 14/9 14/17 15/9 19/20 20/1
  22/14 22/18 23/21
**anybody** [1]  19/11
**Anything** [1]  21/10
**apologize** [2]  16/17 18/21
**apology** [1]  12/21
**apparent** [2]  10/16 10/21
**apparently** [1]  11/25
**appeal** [3]  24/12 24/12 24/17
**appear** [1]  5/20

**APPEARANCES** [1]  2/1
**appeared** [1]  7/22
**appellate** [2]  7/9 10/10
**appellate** [1]  24/14
**applicable** [1]  23/18
**application** [2]  7/3 7/7
**apply** [1]  6/21
**appropriate** [2]  6/1 9/10
**are** [18]  4/17 5/1 5/13 12/7 16/1 16/21
  16/24 17/18 18/5 18/24 19/3 19/14
  20/18 21/19 22/13 23/9 24/21 25/21
**arrange** [1]  9/14
**as** [34]
**ask** [3]  14/13 16/13 25/15
**asking** [2]  12/22 21/12
**assistance** [1]  16/1
**assistant** [1]  15/4
**associates** [1]  16/24
**assume** [2]  18/18 22/1
**assuming** [1]  22/1
**atorney** [1]  2/8
**attach** [1]  12/2
**attached** [1]  19/6
**attaches** [1]  13/4
**attempt** [1]  4/15
**attention** [1]  9/2
**AUGUST** [11]  1/17 4/1 6/5 6/23 7/16
  8/22 9/17 10/5 10/11 12/1 12/22
**authenticity** [1]  20/14
**automatically** [1]  25/20
**award** [1]  21/15
**awarded** [1]  25/10

**B**
**back** [2]  15/7 23/12
**bad** [1]  23/13
**BANK** [9]  1/10 4/5 4/16 6/13 7/2 14/18
  16/4 18/23 23/15
**barred** [2]  13/21 19/3
**based** [1]  22/16
**basis** [7]  5/8 8/24 11/13 12/15 16/3
  19/10 22/1
**be** [33]
**became** [2]  10/16 10/21
**because** [12]  5/7 6/4 7/13 11/8 15/9
  15/13 18/24 19/5 21/12 22/15 25/12
  26/3
**been** [23]  5/5 6/3 6/6 7/1 7/10 7/15 9/7
  9/8 9/19 9/22 10/10 10/12 11/14 12/19
  12/24 14/4 15/22 16/10 16/18 16/20
  17/14 19/23 22/12
**before** [13]  6/5 6/6 6/9 11/18 14/10
  14/15 15/1 15/9 16/11 19/6 20/5 21/25
  22/10
**behalf** [4]  4/11 9/20 13/11 17/7
**behavior** [1]  13/16
**being** [1]  24/14
**belated** [2]  12/13 13/1
**believe** [6]  6/12 8/20 13/18 14/1 16/23
  22/13
**beneficiary** [2]  13/7 22/17
**benefit** [1]  16/2
**better** [1]  23/7
**between** [2]  20/20
**bewilderment** [1]  10/19
**binding** [1]  18/19
**bold** [1]  6/4
**bolt** [1]  11/25
**both** [5]  4/13 4/17 9/20 20/19 24/9
**bother** [1]  23/17
**bottom** [1]  8/21
**brief** [1]  22/7
**bring** [3]  4/21 11/9 12/7
**brought** [2]  7/17 17/23
**building** [1]  12/25

**B**

business [1]  19/17

**C**

C-3 [1]  5/18
CA [2]  2/5 2/10
CALIFORNIA [6]  1/2 1/16 1/24 4/1 6/16 12/10
called [2]  7/14 9/2
Calling [1]  4/4
came [2]  9/23 11/24
can [8]  6/24 14/9 19/2 19/20 19/23 24/2 24/9 24/17
cancel [1]  7/25 8/18
cancellation [1]  8/17
cancelled [1]  21/4
cannot [2]  15/8 16/2
capital [1]  7/24
caps [1]  9/12
care [3]  9/11 23/4 23/10
cared [1]  12/14
careful [1]  6/18
case [25]  4/15 4/15 4/17 5/7 5/14 5/15 5/16 6/6 6/19 7/2 8/2 11/2 12/8 12/10 12/10 12/24 13/6 13/23 15/1 15/12 15/21 15/25 17/9 22/17 22/21
cases [3]  12/4 15/21 19/18
cause [4]  5/22 7/21 10/7 22/20
central [4]  1/2 10/16 10/21 10/25
certain [1]  12/17
CERTIFICATE [1]  27/4
certify [1]  27/6
challenge [1]  13/8
changed [1]  19/10
characterized [1]  13/10
CHASE [46]
Chase's [1]  12/7
checked [1]  7/8
chosen [1]  12/5
CINDY [2]  1/23 27/16
citation [3]  7/23 8/9 8/24
claim [6]  11/10 12/12 13/10 18/8 18/8 18/11
claimants [1]  19/11
claiming [2]  11/15 13/7
claims [21]  6/19 6/20 11/10 11/23 12/5 12/7 12/9 12/11 12/23 13/5 16/10 16/19 17/13 17/15 17/16 17/17 17/20 18/13 20/1 22/14 22/19
clarify [1]  25/3
clear [10]  5/8 6/2 6/3 12/10 12/24 14/8 16/3 17/25 17/25 22/6
clerk [2]  15/8 15/14
clerk's [1]  9/10
client [3]  17/24 19/18 24/14
clients [2]  17/6 17/7
co [1]  15/1
Code [1]  27/7
come [3]  11/11 13/17 25/19
commendable [1]  23/7
COMMENTS [1]  3/3
commonly [1]  21/6
communicate [1]  23/23
communications [1]  11/19
company [1]  12/8
compelling [1]  5/9
compensation [1]  25/14
complaint [5]  10/23 11/17 13/12 16/18 21/11
complete [1]  21/22
completed [2]  11/3 12/11
comply [1]  14/18 17/8 22/21
complying [1]  17/10

concerning [1]  15/1
concluded [1]  26/18
concluding [1]  5/12
conclusion [1]  11/18
conduct [2]  5/12 11/6
conducted [2]  14/10 14/14
conference [8]  4/14 5/13 5/21 9/4 14/2 20/23 22/23 27/11
confirming [1]  14/6
conformance [1]  27/10
consent [1]  24/16
consenting [1]  24/15
consequence [1]  5/4
Consequences [1]  5/18
consider [1]  20/4
considerable [1]  15/20
considerations [1]  20/3
considered [2]  20/4 23/18
consist [1]  16/6
consists [1]  22/6
constant [1]  16/20
construe [1]  25/15
contact [6]  9/15 16/19 17/14 17/18 18/9 19/23
contacted [1]  15/7
contacting [1]  9/21
contained [2]  7/5 9/9
containing [1]  24/20
contemplate [2]  25/13 25/24
contempt [7]  7/18 7/20 7/23 8/8 8/13 8/24
contention [1]  10/16 10/21 10/22
continuance [1]  19/24
continue [2]  11/21 22/13
conversation [1]  15/14
conversations [1]  9/5
conveyed [1]  18/21
cooperating [1]  24/13
copy [2]  1/6 18/12
correct [12]  4/25 15/13 20/7 20/8 21/2 21/5 21/9 22/24 23/1 23/2 25/7 27/8
cost [1]  25/21
costs [6]  25/16 25/17 25/18 25/19
could [3]  10/20 12/10 25/13
counsel [11]  2/1 4/22 5/19 8/15 8/16 10/6 12/20 15/1 20/20 23/24 24/25
counterclaim [7]  11/10 13/13 13/18 13/20 13/21 18/4 19/8
counterclaims [4]  13/5 17/21 18/13 19/12
County [2]  8/7 9/10
course [3]  5/11 20/15 24/18
court [17]  1/1 1/23 3/4 3/6 5/22 5/25 6/12 6/20 7/24 8/23 17/8 18/22 19/2 20/15 22/8 25/15 26/11
Court's [2]  8/22 12/18
courthouse [1]  19/3
courtroom [2]  4/19 20/6
cross [13]  11/10 11/23 12/23 13/5 13/12 16/18 16/19 17/13 17/15 18/8 18/11 18/13 19/11
cross-claim [3]  11/10 18/8 18/11
cross-claimants [1]  19/11
cross-claims [7]  11/23 12/23 13/5 16/19 17/13 17/15 18/13
cross-complaint [2]  13/12 16/18
crush [1]  12/4
CSR [2]  1/23 27/16
current [1]  13/7
currently [1]  22/6
CV09 [2]  1/9 4/4
CV09-4589 [1]  4/4
CV09-4589-AHM [1]  1/9

**D**

damages [3]  23/22 25/10 25/13

date [5]  10/5 11/21 14/5 14/6 27/13
dated [2]  8/6 8/20
dates [1]  26/6
day [2]  10/25 11/11
days [2]  19/7 24/2
deadline [4]  7/6 13/17 15/10 15/11
deal [3]  5/4 9/20 11/16
dealing [1]  15/21
December [3]  7/17 8/7 8/10
decide [2]  21/25 23/10
decided [1]  11/8
declaration [12]  3/9 10/15 10/20 12/6 12/22 13/14 16/25 18/14 19/6 21/7
declined [1]  7/19 8/19 10/2
Deed [6]  9/8 10/18 13/7 21/3 22/4 25/4
deems [1]  6/1
default [1]  5/24 9/7 9/22
defendant [3]  5/25 6/11 8/22
defendants [10]  1/11 2/7 7/2 7/25 8/5 8/6 10/6 11/22 14/3 14/7
defense [3]  11/2 12/8 12/13
deference [1]  12/18
degree [1]  12/18
denied [2]  7/22 13/13
denying [2]  7/21 8/8
deposition [5]  10/14 11/4 11/6 11/8 25/18
depositions [2]  10/16 10/22
deprive [2]  24/11 24/13
describing [1]  22/12
designated [1]  14/4
despite [1]  14/7
detail [1]  6/18
determining [2]  6/21 23/11
developments [1]  5/7
did [7]  7/6 8/5 12/14 14/17 18/15 19/1 21/12
didn't [3]  7/13 9/17 9/18
dilatory [1]  13/16
direct [2]  17/18 18/9
directly [1]  6/13
discharge [1]  21/17
disclosure [1]  11/24
discovery [1]  11/3
discuss [1]  14/17
discussing [1]  9/5
discussion [2]  20/18
discussions [1]  14/24
dismissed [3]  5/22 6/24 16/10
displayed [1]  15/20
dispute [1]  8/6
disruptive [1]  19/15
DISTRICT [3]  1/1 1/2 1/3
DIVISION [1]  1/2
do [14]  5/6 14/11 15/22 16/17 18/5 20/9 20/9 22/9 22/11 22/14 22/15 23/2 24/13 26/11
docket [6]  5/15 6/12 8/20 10/9 14/3 15/15
document [9]  9/9 10/7 10/11 11/14 16/11
documents [3]  5/20 10/5 17/25
does [2]  17/10 24/23
doesn't [5]  13/1 18/18 20/3 22/24 23/21
doing [4]  5/5 9/19 13/21 19/5
dollar [1]  25/20
don't [14]  10/9 12/4 12/9 12/14 12/15 13/8 15/6 20/22 20/24 22/13 23/17 24/14 24/19 25/12
done [2]  14/18 23/7
door [2]  8/12 19/4
doubt [1]  15/18
down [1]  19/17
dropped [1]  19/12
duty [2]  17/6 22/23

# E

e-mail [2] 8/16 24/3
earlier [1] 19/25
early [1] 7/1
effect [1] 8/18
effort [1] 9/20
efforts [1] 10/2
Either [2] 12/15
election [1] 9/7
else [2] 19/17 21/10
enable [1] 17/7
end [1] 10/18
engage [1] 13/10
enjoins [1] 6/13
enough [1] 24/23
enter [5] 5/9 18/22 19/21 20/15 20/6
entered [4] 5/24 20/10 23/15 24/17
entering [1] 22/2
entirely [1] 13/5
entities [5] 5/10 6/11 10/6 11/23 22/3
entitled [8] 5/18 20/3 22/13 23/9 24/21 25/17 25/21 27/9
entrust [1] 12/5
entry [4] 8/11 16/3 16/15 24/20
equitable [1] 6/21
equities [1] 19/16
Escrow [1] 18/12
especially [2] 8/22 22/22
established [1] 8/10
et [4] 1/7 1/10 4/5 4/5
eve [1] 17/24
even [6] 6/2 12/9 12/12 19/11 20/12 23/17
ever [5] 11/22 11/22 14/10 14/14 14/17
every [2] 19/3 25/20
everything [1] 20/1
evidence [2] 6/20 8/14
ex [1] 7/3
exactly [4] 20/22 20/24 21/25 22/6
example [1] 13/9
exception [1] 19/4
exchange [2] 25/11 25/25
exchanged [1] 26/3
excuse [2] 7/6 17/10
Exhibit [2] 9/8 9/24
experienced [1] 12/20
expert [1] 20/13
explain [2] 23/12
explained [1] 5/22
express [1] 10/19

# F

fact [3] 11/14 14/7 15/24
factors [1] 23/19
fail [2] 5/19 5/20
failed [1] 10/6
failing [1] 22/20
failure [5] 5/21 5/23 5/23 5/25 9/4
fair [1] 19/15
fairness [1] 5/6
faith [2] 14/22 26/6
fall [1] 13/1
far [2] 20/14 25/16
fastest [1] 23/6
fate [1] 5/2
favor [2] 5/9 22/2
fees [1] 12/13
few [2] 15/22 15/25
fighting [1] 9/19
figured [1] 18/5
file [10] 5/19 9/4 10/7 11/22 13/12 13/17 14/5 18/4 23/17 24/20
filed [17] 5/16 6/6 6/9 7/2 8/4 9/8 9/10 9/11 10/5 10/9 10/10 10/11 11/17 11/22

filing [5] 10/5 16/18 16/19 17/25 22/23
Finance [6] 4/16 4/19 9/16 16/5 18/23 23/16
find [2] 8/24 9/13
finding [3] 12/15 12/25 26/15
firm [23] 5/3 5/4 5/5 7/22 9/22 9/24 10/8 12/5 14/1 14/18 15/22 16/21 17/4 17/5 17/5 17/7 17/10 17/16 19/4 19/16 19/23 22/24 23/25
first [10] 5/10 6/23 7/14 12/21 16/11 19/7 20/25 22/14 22/19 23/4
flat [1] 6/25
flat-out [1] 6/25
flexibility [1] 12/18
flow [1] 25/20
following [1] 24/8
follows [1] 5/19
foreclosure [8] 4/16 6/14 7/16 7/25 8/1 8/17 9/14 9/15
foregoing [1] 27/7
forfeiture [4] 21/12 21/15 22/5 25/5
forged [2] 10/18 11/14
forgery [1] 10/24
format [1] 27/10
forth [1] 6/18
fourth [1] 17/3
Friday [6] 10/12 12/1 12/6 18/14 19/7 24/8
Funding [1] 18/12
further [2] 20/18 22/5
future [1] 8/21

# G

game [1] 13/9
gears [1] 19/10
general [1] 22/12
get [7] 12/2 18/24 19/17 22/11 22/11 24/5 26/14
Getting [1] 23/8
give [1] 24/23
given [3] 12/19 13/16 22/16
go [10] 9/21 13/5 16/16 16/5 20/9 20/12 20/13 23/10 23/12 26/12
goes [1] 13/23
going [6] 16/13 19/3 19/16 20/16 24/25 26/15
gone [2] 11/11 13/16
good [6] 4/7 4/9 4/10 4/12 14/22 26/6
got [3] 10/8 12/14 14/6
grant [2] 12/25 13/2

# H

had [31]
hadn't [1] 7/13
hand [1] 15/7
handling [1] 11/1
happened [1] 8/3
happens [1] 18/18
happy [1] 22/7
has [12] 5/4 9/19 12/5 12/19 15/10 16/18 16/20 17/1 17/5 19/10 19/23 23/14
have [37]
he [20] 7/12 7/13 9/3 9/4 9/6 10/13 11/8 11/8 11/10 11/19 12/1 12/6 12/14 12/14 13/15 13/19 14/4 19/24 20/2 20/5
heard [1] 15/5
hearing [2] 18/15 20/19
held [2] 18/25 27/9
her [2] 4/21 15/16
here [6] 4/14 4/21 5/8 17/3 18/17 20/19
hereby [1] 27/6
him [5] 9/22 13/18 13/20 18/4 19/25
his [5] 9/3 12/6 12/22 24/25 26/7

history [2] 6/18 7/1
hold [1] 22/18
home [10] 4/14 4/16 6/13 7/9 9/11 9/16 16/5 18/23 22/17 23/16
honor [37]
HONORABLE [1] 1/3
hoops [1] 9/21
house [1] 7/14
how [4] 16/21 22/11 23/10 25/12
HOWARD [1] 1/3
husband [1] 4/24

# I

I'd [1] 18/5
I'll [3] 14/13 23/10 26/4
I'm [9] 5/6 18/20 18/21 20/12 20/16 21/12 23/22 24/25 26/15
I've [6] 12/24 13/9 20/17 20/22 22/12 23/18
impliedly [1] 24/15
important [2] 6/4 19/18
impose [4] 7/19 8/19 8/25 10/2
imposed [1] 11/1
inclined [1] 8/24
include [1] 16/4
including [4] 7/10 12/1 17/6 19/11
indemnity [3] 12/7 12/8 12/11
independent [1] 22/23
independently [1] 23/5
indicated [1] 26/2
indirectly [1] 6/13
individual [1] 23/8
inequity [1] 18/23
information [2] 14/11 15/15
informed [1] 12/16
initially [1] 7/4
injunction [8] 6/7 6/9 6/22 7/8 7/9 8/9 10/2 13/25
injunctions [1] 18/1
instructing [1] 8/18
instruction [1] 22/16
insurance [1] 12/7
intend [1] 22/13
interests [1] 19/19
invited [1] 7/13
involved [1] 18/25
involving [4] 4/15 16/1
is [56]
isn't [1] 12/24
issuance [2] 18/10 18/25
issue [6] 6/21 16/11 22/19
issued [6] 6/7 6/7 6/8 7/8 10/7 14/2
it [46]
it's [14] 5/2 8/20 9/2 9/24 10/10 11/5 11/7 12/4 12/25 13/8 18/7 18/8 19/19 23/13
Item [1] 4/4
its [3] 17/6 17/7 24/14
itself [1] 7/22

# J

January [6] 8/4 8/4 8/20 11/11 13/16 27/13
job [1] 23/7
Joseph [2] 16/10 18/11
JPMorgan [2] 13/6 13/11
judge [12] 1/3 14/3 14/4 14/10 14/15 15/2 15/5 15/8 15/9 15/14 18/19 20/3
judgment [31]
Judicial [1] 27/11
July [3] 7/6 7/7 16/20
jump [1] 9/1
June [1] 15/6
just [15] 12/4 12/14 13/8 16/9 16/14 17/1 17/17 18/21 18/24 19/16 19/16 19/16

## J

just... [4]  22/5 22/12 25/3 26/6
justice [1]  19/15

## K

Katherine [2]  2/8 4/10
kind [1]  18/3
know [7]  7/6 11/13 12/3 18/22 20/22
20/24 25/12

## L

lacking [1]  23/8
lacks [2]  13/1 13/3
lame [1]  7/5
language [4]  6/17 23/11 24/10 24/21
last [6]  11/10 12/1 12/6 17/1 18/14 19/7
late [2]  7/3 7/5
later [6]  6/9 9/22 23/24 24/1 24/5 24/7
latest [1]  4/15
Laura [2]  2/4 4/19 10/17 10/24 19/8
19/12
law [3]  2/8 12/10 17/4
lawsuit [1]  10/25 17/23
lawyer [6]  5/1 5/3 14/17 17/3 23/8 26/7
lawyers [5]  5/5 16/2 16/21 17/2 22/10
least [3]  5/10 8/15 12/18
leave [4]  12/23 13/12 18/5 23/10
legally [1]  25/21
lender [1]  13/20
lenders [1]  13/10
lengthy [1]  6/17
let [1]  18/22
let's [1]  9/1
letters [1]  7/24
like [5]  11/24 16/14 23/21 25/19 26/6
limited [1]  20/19
litigants [1]  23/8
LLC [5]  9/11 9/12 9/16 16/5 22/17
loan [9]  18/10 18/25 20/25 21/12 21/23
22/4 25/4 25/7 25/25
LoanStar [8]  5/11 7/15 8/11 8/22 16/12
22/14 22/19 23/5
LoanStar's [1]  8/16
located [1]  6/15
Lone [1]  8/16
long [1]  11/11
longer [1]  15/22
look [4]  15/7 22/4 24/2 25/17
looked [1]  20/22
LOS [3]  1/16 1/24 4/1
lot [1]  17/4

## M

MacArthur [1]  2/9
madam [1]  15/14
Magistrate [1]  14/3
mail [2]  8/16 24/3
make [4]  12/15 17/12 21/13 21/22
makes [1]  13/19
Management [5]  5/14 6/6 13/24 15/12
22/22
mandated [1]  24/16
many [3]  10/25 16/21 19/18
matter [2]  23/6 27/9
matters [1]  5/13
MATZ [1]  1/3
may [17]  4/13 5/5 6/1 7/1 10/13 11/3
11/25 14/12 16/8 19/9 19/18 20/18
22/19 25/11 25/15 25/15 26/3
maybe [3]  12/14 18/3 25/5
me [10]  10/13 10/20 11/19 12/6 14/6
14/9 14/24 18/2 19/6 26/1
mean [1]  18/18
Meaning [1]  23/1

mediation [4]  14/5 14/10 14/14 15/9
mere [1]  6/25
merit [2]  16/21 24/9
message [1]  23/13
might [1]  26/14
minutes [2]  14/2 26/12
miscue [1]  7/1
miscues [1]  6/25
moment [1]  16/9
MONDAY [3]  1/17 4/1 24/6
monetary [3]  12/11 23/21 25/13
money [4]  21/18 21/19 25/24 26/3
moneys [1]  5/12
months [1]  13/16
moot [1]  5/12
more [2]  9/1 22/7
morning [4]  4/7 4/9 4/10 4/12
most [1]  23/7
motion [8]  7/17 7/21 7/23 8/5 8/14 12/3
23/17 24/20
MR [51]
MS [9]  3/5 5/2 14/9 16/9 16/21 19/5
23/14 23/25 26/15
my [18]  6/9 8/8 9/2 9/3 9/17 9/17 10/19
13/11 13/21 13/23 14/7 14/19 15/7
17/11 17/24 23/14 24/12 26/15

## N

N-D-E-X [1]  9/12
N-G-U-Y-E-N [1]  4/8
NA [1]  1/10 4/5 16/4
name [4]  4/6 17/1 17/2 17/2
named [1]  9/6
NDEX [1]  9/12
necessarily [2]  12/13 25/21
need [2]  5/12 26/11
negotiate [1]  26/5
never [3]  13/15 14/6 15/5
new [1]  13/5
next [4]  16/7 17/12 21/25 24/4
Nexus [1]  18/12
NGUYEN [35]
Nguyen's [5]  9/9 9/24 10/15 10/24 15/17
Nguyens [2]  7/17 11/14
nine [1]  16/24
NIRENBERG [2]  1/23 27/16
no [17]  1/9 5/1 11/21 12/1 14/16 15/18
15/22 16/14 17/9 17/20 17/21 18/7
22/25 25/10 25/13 26/12 27/16
Noncompliance [1]  5/18
North [1]  1/24
not [33]
note [1]  13/3
noted [5]  6/23 7/1 7/9 9/5 9/6
notes [1]  15/7
Nothing [1]  24/12
notice [7]  6/2 8/7 8/11 9/7 9/22 9/23
11/16
notify [1]  14/3
notifying [1]  8/16
noting [1]  7/15
notion [1]  10/24
notwithstanding [1]  7/16
November [7]  5/16 7/19 8/8 8/15 8/23
9/17 11/17
now [13]  5/2 5/8 6/5 9/1 11/24 11/25
13/14 13/23 17/2 22/1 23/6 24/11 25/11
number [7]  4/4 5/15 6/12 8/20 10/10
10/11 14/3

## O

oath [1]  13/19
obligation [1]  21/18

obviate [1]  5/11
occurs [2]  5/23 5/25
October [1]  7/12
offer [2]  21/13 21/22
office [2]  9/11 16/18
Official [1]  1/23
okay [9]  4/9 11/5 15/17 16/25 18/19
20/16 21/25 22/18 24/1
once [1]  9/21
one [6]  6/25 9/2 10/25 13/3 16/9 23/24
ones [1]  17/18
only [3]  5/8 22/16 23/20
oOo [1]  26/19
opposing [1]  8/14
opposite [1]  19/16
opposition [2]  7/3 7/5
orally [1]  5/7
Orange [2]  8/6 9/10
order [26]  5/15 5/17 6/6 6/8 6/17 6/23
7/16 7/18 7/21 7/21 7/21 7/21 8/8 8/13 8/20
9/17 9/18 10/4 10/7 13/22 13/24 14/7
15/12 20/23 22/19 22/22 26/15
ordered [2]  8/17 24/16
orders [5]  7/24 8/23 17/8 17/11 17/24
OSC [4]  7/18 8/5 9/3 9/24
other [13]  4/17 5/4 8/1 9/15 12/12 15/21
15/25 17/17 17/18 18/8 18/24 19/20
25/1
otherwise [1]  5/21
our [7]  15/14 16/18 16/23 17/13 17/16
18/11 19/23
out [6]  6/25 9/13 13/15 17/16 20/1 26/12
over [5]  18/14 18/19 19/10 20/22 24/2
own [2]  12/7 21/7

## P

Pacer [1]  7/8
page [6]  3/3 5/17 6/11 6/23 7/23 8/21
9/13 27/10
paid [1]  20/13
Paragraph [4]  5/18 10/15 12/22 13/4
Pardon [1]  26/1
part [6]  5/23 5/25 13/22 15/13 21/14
21/21
parte [1]  7/3
parties [7]  4/17 6/7 14/19 17/17 17/18
18/9 18/24
partners [1]  23/13
party [2]  13/5 25/18
passed [1]  15/10
patience [1]  15/20
PAUL [10]  1/7 2/3 4/4 4/7 4/18 9/3 10/14
11/20 19/8 19/12
pay [1]  9/13
payment [2]  9/14 12/12
pending [2]  8/2 17/21
perceived [1]  24/15
Perhaps [1]  13/8
permit [3]  12/19 13/20 19/11
Place [1]  2/9
placed [1]  6/4
plain [1]  6/2
plaintiff [14]  4/8 4/18 5/24 7/14 9/3
14/12 17/14 17/16 17/19 17/20 18/3
18/8 18/9 20/2
plaintiffs [20]  1/8 2/3 4/23 5/9 6/19 7/4
7/20 8/4 8/10 8/12 9/20 10/17 11/20
12/17 14/13 15/25 17/23 20/1 20/20
22/3
plaintiffs' [1]  8/12
pleadings [2]  11/9 13/17
please [2]  4/6 14/9
plenty [1]  11/13
point [1]  17/12
pointing [1]  13/15

## P

possibly [1] 5/10
posted [1] 8/11
practiced [1] 17/4
practitioner [1] 17/5
prayed [1] 21/12
pre [10] 4/14 5/13 5/20 5/20 6/5 9/4 10/4 20/23 22/21 22/22
pre-trial [10] 4/14 5/13 5/20 5/20 6/5 9/4 10/4 20/23 22/21 22/22
precisely [3] 16/6 20/17 22/11
preclude [1] 5/12
prefer [4] 20/9 20/10 20/12 20/15
preferably [2] 20/11 20/14
prejudicial [1] 19/14
preliminary [5] 6/7 6/9 7/8 10/1 13/25
prepare [1] 26/11
prepared [3] 20/12 21/19 21/21
preposterous [2] 11/7 19/9
prevailing [1] 25/18
previously [2] 6/8 10/23
primarily [1] 4/18
print [1] 6/4
prior [2] 5/7 18/15
pro [6] 2/3 2/4 5/1 12/19 18/3 20/2
probably [1] 22/4
problem [1] 17/9
procedural [2] 5/7 6/18
proceeding [4] 5/1 6/14 16/1 26/11
proceedings [5] 1/15 8/1 8/17 26/18 27/9
properly [1] 19/19
property [3] 8/1 9/15 21/8
propose [4] 12/1 22/9 23/12 23/23
proposed [6] 13/4 16/18 18/11 18/13 19/7 20/23
prosecute [2] 5/23 12/23
prosecuting [1] 25/16
prosecution [1] 11/2
prospective [1] 7/12
provide [2] 20/13 22/5
provides [2] 23/9 26/5
provision [1] 5/17
provisions [1] 23/20
pulled [1] 15/15
purchasers [2] 7/12 7/12
purposes [1] 24/25
pursuant [1] 27/6
pursue [1] 14/22
put [1] 19/5

## Q

Q-U-A-R-T-Z [1] 6/15
Quartz [2] 2/4 6/15
question [1] 23/20
quiet [1] 21/7
quite [1] 15/22
quote [6] 5/19 6/12 7/24 10/14 10/15 10/18

## R

raised [1] 12/9
reach [1] 24/19
reader [1] 6/3
readily [1] 8/24
reads [1] 5/18
realized [1] 19/9
really [3] 10/8 12/14 19/4
realm [1] 25/19
reason [4] 9/15 15/18 19/20 19/22
reasons [2] 13/3 20/17
receive [1] 12/21
received [1] 16/11
receiving [1] 7/11

recent [1] 9/1
recently [2] 7/10 19/6
receptive [2] 22/23 23/22
recision [1] 26/3
recitals [1] 6/10
recite [1] 5/6
recited [1] 20/17
recollection [1] 15/17
reconsideration [1] 23/18
record [2] 4/6 7/11
recorded [1] 8/6
recorder [2] 8/7 9/10
recover [1] 25/21
referred [1] 13/22 21/7
reflect [2] 6/10 7/11
reflects [1] 26/15
refused [2] 21/13 21/23
Regs [1] 21/18
regulations [1] 6/22 17/11
related [1] 8/1
relief [6] 6/19 6/22 20/24 22/5 23/9 23/22
remember [1] 21/24
renewing [1] 8/9
repeated [2] 6/24 15/24
reply [1] 24/8
report [2] 14/5 14/7
reported [1] 27/8
Reporter [1] 1/23
REPORTER'S [1] 1/15
represent [4] 10/20 11/7 22/24 23/3
represented [1] 12/19
representing [2] 5/3 14/18
request [3] 12/25 13/2 13/12
requested [1] 11/20
require [2] 16/9 20/18
required [5] 5/19 6/21 10/4 10/5 11/2
requirement [2] 14/19 14/20
requirements [1] 22/21
requires [1] 23/9
rescind [3] 21/23 22/3 25/4
rescinded [2] 9/23 20/25
rescission [4] 21/14 21/22 25/12 25/25
residence [2] 6/14 8/12
resolution [1] 8/2
resolve [1] 23/6
respond [4] 7/7 23/25 24/3 24/7
responded [2] 9/3 13/14
response [3] 9/25 10/8 24/8
responsible [1] 5/5
restraining [1] 6/8
result [4] 10/14 18/23 21/16 21/17
retained [1] 24/24
retroactive [1] 12/12
return [1] 21/19
returning [1] 21/18
reviewed [1] 15/15
revise [1] 19/25
revised [1] 18/14
revision [1] 17/11
rewarded [1] 16/2
ridiculously [1] 13/1
right [17] 4/12 4/24 5/8 10/25 11/5 16/16 18/18 20/25 21/8 23/4 24/11 24/12 25/2 25/6 25/11 25/23 26/9
rights [1] 24/14
Rule [1] 13/2
ruling [3] 13/11 23/14 24/12
rulings [1] 14/2

## S

S-O-R-I-C-H [1] 17/1
safety [1] 21/6
said [4] 6/11 7/24 15/3 15/8
sale [6] 6/14 7/16 7/25 8/7 8/11 8/18

same [1] 8/3
sanction [1] 22/20
sanctions [6] 7/20 7/23 8/19 8/19 8/25 10/3
Santa [1] 2/10
satisfactorily [1] 5/21
say [1] 24/10
saying [1] 18/20
says [2] 9/13 13/19
schedule [3] 11/1 15/4 15/8
scheduled [1] 7/17
scheduling [7] 5/14 6/6 10/4 13/22 13/23 14/2 15/12
scope [2] 13/2 13/11
se [6] 2/3 2/4 5/1 12/19 18/3 20/2
seated [1] 4/13
second [6] 8/3 8/19 10/22 11/16 21/4 21/11
secretary [1] 15/4
secure [1] 14/5
see [3] 24/9 26/4 26/5
seek [1] 11/9
seeking [2] 7/18 18/5
sell [2] 7/13 9/8
send [1] 22/10
sense [1] 13/19
sent [1] 8/15
September [1] 24/21
series [1] 6/24
serious [1] 19/17
service [1] 25/1
Services [1] 7/15
serving [1] 19/19
set [2] 6/18 15/11
settlement [4] 14/4 14/22 15/1 15/9
several [1] 13/24
shall [2] 5/22 5/24
she [4] 4/21 15/8 15/8 15/14
shell [1] 13/9
should [7] 4/21 14/18 19/21 22/9 22/20 23/11 24/20
show [3] 7/21 10/7 22/20
showed [1] 11/5
sic [1] 15/7
sides [1] 24/9
signature [2] 10/17 10/25
signatures [1] 20/14
since [2] 11/11 16/20
sir [1] 4/6
sit [2] 4/21 5/8
Smith [1] 2/8
so [23] 7/8 8/18 10/1 10/7 10/11 11/9 12/21 13/10 13/21 13/22 15/17 15/23 15/25 17/9 18/5 19/14 19/14 19/14 22/18 23/23 24/14 24/16 25/18
sole [1] 17/5
some [7] 5/7 9/5 11/15 11/23 12/12 18/3 26/3
somebody [2] 15/4 19/4
someone [2] 9/6 23/14
sometime [1] 15/6
sometimes [3] 6/24 6/25 13/9
somewhat [1] 7/5
Sorich's [1] 17/1
sought [5] 7/4 7/13 7/20 8/12 12/8
sound [1] 23/21
speak [3] 16/8 18/15 20/5
specifically [1] 6/11
spend [1] 25/20
spoke [2] 14/25 19/25
Spring [1] 1/24
staff [1] 17/6
stand [1] 5/22
standards [1] 6/20

**S**

**Star** [1] 8/15
**start** [1] 5/14
**started** [2] 20/5
**startling** [2] 10/8 11/24
**state** [3] 4/6 11/9 9/2
**stated** [1] 8/21
**statement** [1] 9/4
**STATES** [3] 1/1 27/7 27/11
**status** [2] 14/5 14/6
**stenographically** [1] 27/8
**step** [1] 21/25
**steps** [2] 11/15 12/1
**still** [1] 20/20
**stipulation** [5] 11/21 11/21 12/2 12/2 12/3
**stop** [3] 9/14 10/19 19/17
**Street** [3] 1/24 2/4 6/15
**stupid** [1] 25/16
**subject** [4] 7/25 8/1 10/18 13/7
**submitted** [2] 8/14 20/23
**such** [9] 5/21 5/23 5/24 6/1 6/22 8/25 10/7 11/21 14/6
**sue** [2] 19/2 19/11
**Suite** [1] 2/9
**supporting** [1] 6/20
**supposedly** [1] 4/14
**sure** [1] 26/15
**swept** [1] 12/15
**sworn** [1] 10/20
**Sydney** [1] 18/12

**T**

**T-R-A-N** [1] 9/6
**T-U-Y-E-T** [1] 9/6
**table** [1] 4/22
**take** [7] 6/1 11/15 15/7 17/16 19/4 20/1 23/4
**team** [1] 16/23
**tell** [2] 14/9 14/24
**telling** [1] 18/2
**tells** [3] 10/13 11/19 12/6
**temporary** [1] 6/8
**tender** [4] 21/13 21/13 21/22 21/22
**terms** [3] 20/18 22/12 23/22
**testimony** [1] 20/13
**than** [6] 22/7 23/7 23/24 24/1 24/5 24/7
**Thank** [4] 26/8 26/10 26/13 26/17
**that** [142]
**that's** [10] 13/18 13/22 15/11 15/18 17/2 20/8 20/25 21/4 21/9 25/9
**the judgment** [1] 20/18
**their** [4] 7/5 8/15 15/3 15/4
**them** [10] 8/18 13/24 15/5 15/15 17/6 18/25 19/2 22/20 22/24 23/3
**then** [5] 8/18 11/19 14/13 24/19 26/5
**there** [17] 4/17 5/17 7/15 9/7 10/19 11/13 12/11 13/5 14/14 15/21 16/24 17/21 19/20 23/21 25/11 26/2 26/12
**there's** [1] 25/10
**these** [3] 13/10 15/24 16/19
**they** [13] 6/24 7/6 7/7 11/16 12/8 13/20 13/21 15/3 15/3 19/1 21/13 22/16 22/23
**they're** [1] 12/19
**thing** [3] 8/3 21/1 21/4
**things** [2] 17/7 25/19
**think** [12] 5/8 5/15 10/10 11/18 12/3 12/4 12/14 15/20 18/2 19/20 19/23 24/21
**third** [2] 9/1 9/7
**this** [27] 4/15 5/7 5/15 5/16 6/12 6/25 7/2 8/2 10/14 10/21 11/2 12/8 12/9 12/16 13/6 14/19 15/21 15/25 17/23 18/10 20/5 20/19 22/5 22/17 23/6 23/14

those [3] 6/20 12/3 14/24
24/11
**thought** [1] 18/23
**three** [7] 6/10 7/19 10/1 17/2 19/7 24/2 24/22
**through** [1] 9/21
**thunder** [1] 11/24
**time** [5] 8/3 8/19 12/21 20/19 24/23
**times** [2] 6/10 7/10
**title** [2] 21/7 27/7
**today** [4] 19/5 19/25 23/24 24/22
**told** [3] 9/22 20/5 20/5
**too** [3] 4/19 19/17 23/13
**took** [3] 10/13 11/4 12/1
**totally** [1] 6/3
**Tran** [6] 9/6 9/23 14/25 16/10 18/11 18/12
**Tran's** [1] 17/2
**transcript** [4] 1/15 26/14 27/8 27/10
**trial** [19] 4/14 5/11 5/12 5/13 5/20 5/20 6/5 9/4 10/14 11/21 16/20 17/24 19/24 20/9 20/12 20/23 22/21 22/22 24/25
**TRO** [3] 7/3 13/24 18/1
**troubled** [1] 13/6
**true** [1] 27/7
**Trust** [6] 9/8 10/18 13/8 21/3 22/4 25/4
**trustee** [4] 7/14 7/15 8/7 22/16
**trying** [4] 17/9 18/22 18/24 23/17
**turn** [1] 16/7
**Tuyet** [3] 9/6 9/23 17/2
**two** [3] 4/23 5/10 10/2

**U**

**U.S** [2] 1/3 1/23
**unambiguous** [1] 6/3
**under** [3] 9/8 13/19 21/18
**understand** [1] 20/3
**understanding** [1] 18/3
**unencumbered** [1] 21/8
**unfortunate** [1] 5/2
**UNITED** [3] 1/1 27/7 27/11
**unlike** [1] 12/17
**until** [3] 7/7 11/25 24/17
**untimely** [1] 19/14
**up** [6] 11/21 12/15 12/25 15/15 19/5 19/5
**USA** [4] 1/10 4/5 4/16 16/4
**usual** [1] 5/13
**utilize** [1] 24/25

**V**

**Verified** [1] 11/16
**Veronica** [1] 15/3
**versus** [1] 4/5
**very** [6] 6/18 7/10 12/10 17/25 17/25
**vexing** [1] 4/15
**violated** [3] 6/10 7/10 14/1
**violates** [1] 8/22
**violation** [3] 9/2 13/23 15/19
**violations** [4] 6/25 10/1 13/24 15/24
**visits** [1] 7/11
**void** [2] 22/4 25/4
**voided** [1] 21/3

**W**

**want** [15] 7/13 10/19 13/21 16/7 19/3 20/24 20/25 21/1 21/3 21/4 21/6 21/10 23/10 23/11 26/14
**wanted** [1] 11/15
**wants** [2] 12/6 13/6
**was** [37]
**wasn't** [1] 12/16
**way** [3] 12/15 17/7 23/6
**we** [11] 10/1 10/4 16/11 16/17 18/16 18/24 21/12 22/10 23/2 24/24 25/24
**we'll** [2] 22/18 26/5

**We're** [3] 4/14 17/24 26/9
**Wednesday** [3] 24/1 24/6 24/7
**week** [3] 17/1 23/24 24/1
**weekend** [3] 18/14 18/19 19/10
**weeks** [1] 24/22
**well** [3] 14/20 20/16 22/9
**were** [8] 6/2 13/21 16/13 17/21 17/25 18/9 18/24 21/15
**West** [1] 9/12
**WESTERN** [1] 1/2
**Westminster** [2] 2/5 6/15
**what** [24] 5/4 5/6 11/3 13/18 13/22 14/6 14/18 16/6 16/6 16/13 18/18 19/4 20/17 20/24 21/6 21/15 21/25 22/6 22/9 23/11 23/20 24/9 26/4 26/5
**What's** [1] 17/12
**whatever** [2] 13/20 20/4
**when** [5] 7/7 9/3 13/21 19/9 22/11
**where** [1] 18/16
**where we** [1] 18/16
**whether** [2] 6/21 14/9
**which** [9] 4/17 5/11 5/15 6/9 11/17 13/4 23/9 24/21 24/22
**who** [11] 5/4 9/19 9/22 14/25 15/3 15/4 17/18 18/9 18/24 19/18 22/17
**whole** [1] 10/25
**whom** [1] 12/17
**whose** [2] 13/15 19/18
**why** [5] 12/3 13/3 13/19 19/20 22/20
**wife** [1] 4/24
**will** [29]
**wish** [1] 17/12
**Wistrich** [7] 14/4 14/10 14/15 15/2 15/5 15/8 15/14
**within** [3] 13/1 13/11 25/19
**without** [1] 16/1
**witness** [1] 20/13
**work** [4] 9/17 9/18 25/12 26/6
**working** [1] 18/17
**worry** [1] 24/14
**would** [16] 6/3 10/12 11/8 11/10 12/13 13/19 16/4 16/14 18/11 18/23 20/11 20/15 21/16 21/17 25/17 26/6
**wouldn't** [1] 18/4
**written** [2] 12/2 12/2
**www.cindynirenberg.com** [1] 1/25

**Y**

**years** [1] 17/4
**Yes** [7] 4/20 14/21 14/23 17/22 24/5 24/24 25/22
**yesterday** [1] 18/17
**yet** [1] 15/18
**Yoo** [21] 9/5 10/9 10/13 10/20 11/4 11/5 11/7 11/13 11/19 11/25 12/6 12/22 13/6 14/25 15/21 16/20 16/25 17/5 17/9 17/10 17/14
**Yoo's** [3] 13/14 17/1 19/6
**Yoss** [6] 5/3 7/22 9/21 9/24 12/5 14/1
**you** [80]
**you're** [3] 4/24 17/2 18/2
**you've** [1] 23/7
**your** [50]

**Z**

**zero** [1] 19/10