**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL NGUYEN, ET AL., <br><br> Plaintiff(s), <br> v. <br><br> CHASE BANK USA, NA, ET AL., <br><br> Defendant(s). | CASE NUMBER <br><br> CV09-4589-AHM(AJWx) <br><br> **NOTICE OF FILING OF** <br> ☑ **OFFICIAL**  ☐ **REDACTED  TRANSCRIPT** |

TO ALL COUNSEL OF RECORD:

☑   Notice is hereby given that an official transcript of a proceeding, document number(s) 183 , has been filed by the court reporter/electronic court recorder in the above-captioned matter. The parties have seven (7) business days from the filing of the official transcript to file with the court a Notice of Intent to Request Redaction of this transcript and/or 21 calendar days from the filing of the official transcript to file with the court a Redaction Request. If no such Notice or Redaction Request is filed, the transcript will be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter/electronic court recorder or view the document at the clerk's office public terminal.

☐   Notice is hereby given that a redacted transcript of a proceeding, document number(s) _____ , has been filed by the court reporter/electronic court recorder in the above-captioned matter.

CLERK U.S. DISTRICT COURT

Date: February 4, 2011                    CINDY NIRENBERG, COURT REPORTER
                                                                 Court Reporter/Deputy Clerk

G-46 (5/08)                    **NOTICE OF FILING OF OFFICIAL TRANSCRIPT**