O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV09-04589 AHM (AJWx) | Date | March 20, 2012 |
|---|---|---|---|
| Title | PAUL NGUYEN v. CHASE BANK USA, N.A., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

   The Court ORDERS S. Christopher Yoo, counsel for Defendants, to file a declaration, by not later than March 26, 2012, that confirms that the promissory note has been returned to Plaintiffs. The declaration shall also state that he has shown this order to John Sorich. Upon receipt of Mr. Yoo's declaration, Plaintiffs are ORDERED to take the necessary steps to dismiss this action with prejudice, by not later than April 2, 2012.

|  | : |
|---|---|
| Initials of Preparer | SMO |